A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. § 1983

FILED
DISTRICT COURT
MIDDLE DIST. OF LA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

2011 MAR 21  P 12: 41

BY ____ DEPUTY CLERK

DAVID J. WILLIAMS

333462
Inmate (DOC) number

_____

(Enter above the full name of each
plaintiff in this action.)

VERSUS

TIM DELANEY, ASST. WARDEN

TERRY SHARP, CAPTAIN

CODY BUTLER, CAPTAIN

CHAD OUBRE, LT. COL.
JOSEPh HOOKER, MAJOR
John DOE #1, UNKNOWN

(Enter above the full name of each
defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. § 1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly**

**the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $350.00. In addition, the United States Marshall will require you to pay the cost of serving the complaint on each defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in you account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, La. 70801-1712.

I.   Previous Lawsuits

A.  Have you began other lawsuits in state or federal court dealing with same facts involved in this action or otherwise relating to your imprisonment? Yes (X)    No ⬤

B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiff(s): DAVid WILLIAMS

   Defendant(s): Not sure some prison employee(s), Another case Burl Cain, Joseph Hooker, Ray scroggs,

2. Court (if federal court, name the district; if state court, name the parish):
   Middle District, 19th JDC; West Feliciana, ▮▮▮

3. Docket number: Not really sure, 06-2-FJP-scr, 2010 0052-JVP-cN (Middle District)

4. Name of judge to whom case was assigned: John V. Parker, others don't know

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it pending?): yes 0052-JVP-CN AND 06-2-FSP-SCR (Middle District) dismissed (1) 19th Jdc pending, other dismissed NONE Appealed. CAN't find something ON Case Docket Numbers.

6. Date of filing lawsuit: 1-14-2010 ANother was in (05/2006) others don't know for sure

7. Date of disposition: IN Middle District (2010) (2006) others don't know for sure

C. Have you had any previously filed federal lawsuits or appeals, whether or not related to issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or failure to state a claim for which relief can be granted?

Yes (X)     No ( )

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought. NOt SuRe for what 06-2-FSP-SCR (Middle District), 2010 0052-JVP-CN (Middle District) With prejudice, As frivolous,

II.     Place of confinement: LouisiANA State peNiteNtiary

A. Is there a prisoner grievance procedure in this institution?
Yes (X)     No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X)     No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. ▮▮▮▮▮ LSP-2010-3001

2. What steps did you take? filed (ARP) first step response deNied, WASN't SAtisfied with response proceeded to step two. then WAS deNied A step two AS weLL

3. What was the results? Step ONe response deNied, step two response deNied,

D. If your answer is No, explain why not: _____
_____

III.   Parties
(In Item A below, place your name in the first blank and place your present address in the
second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) DAVid WILLiAMS
   Address LOUISIANA STATE PENiTENTIARY, ANGOLA, LA. 70712
In Item B below, place the full name of the defendant in the first blank, his official position in
the second blank, and his place of employment in the third blank. Use Item C for the names,
positions, and places of employment of any additional defendants.

B. Defendant TiM DELANEY                                            is employed as
   ASSiSTANT WARDEN            at        HWY 66, LOUISIANA STATE
   PENiTENTiARY, ANGOLA, LA. 70712
C. Additional Defendants: TERRY SHARP, CAPTAiN AT L.A. STATE PENiTENTiARY, CODY BUTLER,
   CAPTAiN AT L.A. STATE PENiTENTiARY, CHAD OUBRE, Lt. COLONEL AT L.A. STATE
   PENiTENTiARY, JOSEPh HOOKER, MAJOR AT L.A. STATE PENiTENTiARY, JOHN
   DOE#1 UNKNOWN AT L.A. STATE PENiTENTiARY

IV.   Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved.
Include also the names of other persons involved, dates, and places. **Do not give any legal
arguments or cite any cases or statutes.** If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph. (Use as much space as you need.
Attach extra sheets if necessary.)

See Attached Sheets for facts And CLAiMS

V.   Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits. _See Attached Sheet for Relief Seeked_

VI.   Plaintiff's Declaration

1.   I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2.   I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3.   I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this __16__ day of __March__ , 201_1_ .

_David Williams_

_____
Signature of Plaintiff(s)

IN THE UNITED STATES
DISTRICT COURT FOR THE

_____

DAVID J. WILLIAMS
    PLAINTIFF
    V.

TIM DELANEY, ASST. WARDEN
TERRY SHARP, CAPTAIN
CODY BUHLER, CAPTAIN
CHAD OUBRE, Lt. COL.
JOSEPH HOOKER, MAJOR
JOHN DOE #1, UNKNOWN
    DEFENDANTS

COMPLAINT
CIVIL ACTION NO. _____

## JURISDICTION + VENUE

1. This is A civil Action Authorized by 42 U.S.C. Section 1983 to redress
The deprivation, under color of state law, of rights Secured by the CONSTITUTION
of the United States. The court has Jurisdiction under 28 U.S.C. Section 1331
And 1343(a)(3). plaintiff Seeks declaratory relief pursuant to 28 US.C. Section 2201
And 2202. "plaintiff Also INVOKES the pendent Jurisdiction of this court."

2. The MIDDLE DISTRICT OF LOUISIANA is AN Appropriate VENUE under 28 U.SC.
    section 1391 (b)(2) because it is where the events giving rise to this claim occurred.

## PLAINTIFFS

3. plaintiffs, DAVID J. WILLIAMS is And WAS As MentioNed herein A prisoner
    of the state of LOUISIANA in the custody of LA. DepARtMent of corrections
    in the LA. State penitentiary.

# DEFENDANTS

4. Defendant: TIM DELANEY is an ASSISTANT WARDEN of LA. STATE PENITENTIARY, he's Assigned over CAMP-C and for the Welfare of its INMATES.

5. Additional defendants: TERRY SHARP held RANK of CAPTAIN and WAS Assigned to CAMP-C at LA. State PENITENTIARY.

6. defendant: CODY BUTLER held RANK of CAPTAIN and WAS Assigned to CAMP-C at LA. State PENITENTIARY.

7. defendant: CHAD OUBRE held RANK of MAJOR at time and WAS Assigned to CAMP-J, (cell entry team) at LA. State PENITENTIARY.

8. defendant: JOSEPH HOOKER held RANK of MAJOR and WAS Assigned to MAIN prison, (cell entry team) at LA. State PENITENTIARY.

9. defendant: JOHN DOE #1 held RANK of UNKNOWN presently and WAS Assigned to UNKNOWN, (TAG-TEAM/cell entry team) at LA. State PENITENTIARY.

10. EAch defendANT is sued INdividually IN his or her CAPACITY. At ALL times mentioned IN this COMPLAINT each defendANT Acted under the color of STATE LAW.

# FACTS

11. ON the MORNING of (10-6-10) Defendant ASSISTANT WARDEN (DeLANEY) with (7) MORE RANKING officers who WAS ON tier came from the clock Bee (Log Book + clock card for precise times And signAtures), don't KNOW if ALL the RANK Signed card or log Book. But I SAID excuse Me WARDEN As he WAS WALKING tier by my cell, could I tALK to you About A MATTER that happen to My property being Messed over, Missing + DAMAged.

12 PLAINTIFF Let defendant (DeLaney) KNOW he dropped (ARP) on Act of RetALiAtioN AND AN Lost property CLAIM IN MAIL BOX ALReAdy. then INMATE ASK once the INVESTIGATION is Assigned to someone hopefully it be fAIR AND Just trying to help AN fellow security officer Around AN sorry Act committed. AS I MeNtioNed defendant CApt. (shArp) MAde the Asst WARdEN sAid there he go; so I Missed defendANt (shArp) IN the crowd. beCAuse he didn't go towARd the BACK With the others.

13 So I ASKed defendANT (shArp) MAY I INquire why you Messed over MY property, he sAid something I could'Nt ReALLy hear ALL to clean, I sAid if sorry security don't be trying to mess over INMATes MY stuff would'Nt of come up missing (Note: I didN't curse ANYONE, oNLY criticized security) coNcerning (ARP) dAted (10-4-10), ANd Lost property CLAIM (10-5-10).

14 When someone sAid someThing, NeXT PLAINtIff sAid that what I WAS trying to eXPLAIN the situatioN. theN defendANt (DeLANey) sAid you Need to TALK better thAN that. NeXt defendANt (DeLANey) sAid to pACK My stuff up. I turNed AND stArted getting things to pACK then defendANt (DeLANey) sAid come to the BARs ANd strip dowN, As I stArted tAKing off My clothes I reAched them to defendANt (DeLANey) uNtiL I WAS NAKed.

15 NeXt defendANt (DeLANey) sAid open your mouth, raise up your Arms, pick up your feet, raise up your Nuts, turN AroUNd Bendover ANd spreAd your cheeks, I compLied with ALL orders. defendANt (DeLANey) then wALked with My clothes to the Left out of My view I heard AN few words I could'Nt MAke out, defendANt (DeLANey) returNed IN front of my cell (10-15) seconds LAter clothes WAS gone.

16 DefendANt (DeLANey) coNtiNued stAting Bendover ANd spreAd your cheeks over + over which I compLied to ALL orders. then I stAted thAts (4 or 5) Times I Bentover AND spreAd My cheeks. then defendANt (DeLANey) sAid come to the BARs, As I did. He stAted you don't WANt to spreAd your cheeks, Before I could respoNd I did thAt every time.

17 DefendANt (shArp) cAme quick from the side sprAying AN couple of shots of gAs iN My eyes, mouth, Note: though INMATe hAs (GLucoMA) iN both eyes. INMATe believes defendANt (shArp) performed thAt quick move, Not defendANt (Butler) stiLL it WAs officers with sAme or Higher RANK then cApt. (shArp) oN tier At time.

18 that fAiled to perform there duty to use reAsoNAbLe cAre to protect INMATe from (uNprovoked ANd uNJustified) hARM. fAiLiNg to estAbLish proper trAiNiNg AND/or supervision of his cAmp officers, by Not sAyiNg or doing ANything to iNter- vene or stop gAsiNg. pLus MiNutes LAter ANy officer FAiLure to cALL SociAL

worker as inmate asked/requested if any heard while still on tier on in lobby on unit, thus failed to protect inmate from possible later harm that occurred as result.

19 further inmate is convinced that defendant (Delaney) authorized that security officer actions of gasing inmate down, by telling or signaling officer to get gas, etc. And giving officer my clothes before returning to my cell empty handed to distract plaintiff with repeat orders until officer arrives back. Also conspired with capt (Butler) to give false report of incident.

20 A couple minutes after being gased by security (I yelled stop messing with my mind, where my social worker, call my social worker), plaintiff also started stumping his foot on floor (yelling) And hitting side of sink with his hand for about a minute + half, then I stopped on my own without being told or ordered by security.

21 because that stuff was burning my eyes, face and skin, plus it had me choking, coughing And blowing stuff out my nose off and on for a couple of hours (But for eyes only an couple of days) was irritated. Note: At no time did plaintiff curse or refuse to be restrained or refused any direct verbal order(s).

22 Therefore [Note! If security refused/failed to notify/call the social worker or social worker was called and didn't respond (where the injuries I later suffered) from farther use of excessive force, sexual assault-battery] between the time I asked to call my social worker until entry team arrival + departial could of been avoided. See [Log book for times], since at anytime was social worker at (camp-c) called in that time frame.

23 After 5-minutes or more later. somebody came to my cell stating come to the bars, I couldn't see who, my eyes and face both was irritated and burning. So I used my hands to walk the wall to the bars, then someone said lets try this again bendover and spread your cheeks, I complied with the order, both times. whoever it was told somebody to call the tag-team.

24 Note! from defendant capt (Butler) falsified disciplinary report, etc. is really to much simply. defendant (Butler) is lying just trying to help, cover for defendants (Delaney), and (Sharp). but he may have been one of ranking officers on tier (10-6-10). because (though my eyes aint all that) capt (Butler) sure wasn't the person that gased me down I been capt (Sharp) just like my left eye seen (2) lines of clear liquid substance before it hit my eyes, mouth + face, that stuff wasn't orange or red.

25 thus they tried that dry case of repeat orders to bendover and spread your cheeks, which I complied to every time. since they seen no other way for they act of Ret- aliation, harrashment, etc. to get me out there, so they can get me gased down, jumped

ON AND doNe Bodily hARM,

26 from first step Response the cell extraction team Arrived ON MY UNIT AT (8:20) A.M. It stated I WAS given SevenAL direct VerbAL orders to come to BARS AND be re-stRAINed AND I AgAIN refused, LAter order repeated AND I refused AgAIN, teAM thAN (entered cell) I WAS very combAtive, then INMAte WAS given A shower A JuMp suit AND escorted to treAtMENT center for evaluation. INStitutioNAL records reflect, I WAS been by MedicAL personNNeL AT (8:50) AM. As follows; INMAte At No time IN his cell refused ANY verbAL direct order, resisted, Nor WAS combAtive. Nor given A shower At (CAMP-J) ON (10-6-10),

27 When teAM CAMe for (cell extraction) I WAS still NAKed leANINg oN the BARs with MY ARM A little out the trAy hAtch. My eyes WAS closed AND still BuRNINg AND IrRitated. SoMebody sAid get oN the floor IN spreAd your ArMs out. I coMplied, puttINg MY heAd towARd the BARs, whoever it WAS sAid put your heAd oN the other end to toilet, As I did, I heARd the cell door open ANd AN shield pressed MY BACK As I WAS hANdcuffed from BehiNd,

28 FurtherMore the (3) DefeNdANts which Are MAJoR (HOOKER) As teAM MeMBer holdINg shield AND MAy be held + used TASer ON INMAte. MAJoR (OuBRe) MeMber WAS oN Left side of heAd + Body, AND 1-officers, NAMe, etc, is preseNtly uNKNowN to PLAINTIfF. So for the time beiNg defeNdANt (John Doe#1) is Member who held + used club oR Billy stick oN plaINtIff AND MAy be used tAser, Not sure who All shocked/BurNed INMAte to flesh,

29 Then the entry teAM stArted BeAtINg Me defeNdANt (OuBRe) WAS oN MY Left side puNchINg Me IN MY fAce + heAd with INMAte heAd AlreAdy dowN flAt AgAINst cell floor, while restRAINed with hANdcuffs from behiNd. defeNdANt (OuBRe), stArtINg YellINg stop resistINg, I stAted I'M Not resistINg. then defeNdANt (Hooker) stArted shockINg Me oN MY right side ANd BACK, INMAte yelled why you shockINg Me, (OuBRe) pressed A fINger or soMethINg IN MY Neck.

30 As defeNdANt (John Doe#1) WAS oN MY right side BeAtINg + hittINg Me with A club or Billy stick (Also puNchINg Me with other hANd) oN MY Neck, shoulder, ArM + ribs. Note: All (3) (cell extraction) teAM MeMbers WAS puttINg IN work At sAMe time oN plAINtIff Left-Right side, AND BACK. SoMeoNe WAS even puNchINg Me IN AreA of MY kidNeys AND stickINg tAser pARtly uNder MY Body shockINg plAINtIff,

31 Note: while IN cell #5 only, PLAINtIff WAS puNched IN fACe AND heAd About (30-45) times, eArt side (15-25) times by defeNdANt (OuBRe). plAINtIff WAS shocked with tAser (2-3) times, AND puNched (10-15) times IN BACK + AreA of kidNeys by defeNdANt (Hooker). Also defeNdANt (John Doe#1) WAS BeAtINg + hittINg, plAINtIff with club or Billy stick oN Neck, shoulder, ArM + ribs (35-45) times, IN time frAMe of beiNg IN cell #5 (16-17) MINutes,

32. STILL that (3) member entry team continued to beat on me, etc, that went on for about (10-15) minutes, A couple of hundred blows was inflicted, then plaintiff was dragged naked on floor from in cell #5, down tier and placed into shower on floor, the handcuffs was taken off they stepped out of the shower and the door closed. I was told to come to the bars, as I struggled there I heard one of that team say he got something, so I was told to bendover and spread my cheeks, I complied both times, as best I can.

33. Then one of the entry team said we gotta go back in there (Note: All this time my eyes was still closed), so I heard the shower cell door open and I was hit maybe with an shield and knocked off my feet, jumped on and restrained with hand-cuffs behind my back.

34. Once again I was being punched in the face, head, ear, ribs, back + side, poked in both sides of my neck with something, shocked with tasen, being hit with Billy stick on club on legs, arms. they stopped after (5-6) minutes, then (2) team members was holding my head and one shoulder each was pinned on shower floor, as I was already handcuffed from behind, another member spread my cheeks and touched my anus.

35. It was defendant (Oubre) on (L.S.) punching inmate in head, face (10-15) times, ear + side (6-10) times. while defendant (John Doe #1) was on (R.S.) beating + hitting me with stick on club, and punching, on my shoulder, arm, side, leg (10-12) times. Also not sure if it was (John Doe #1 or Major Hooker) that shocked me (2) times once on back and once under front of body from side, before (Hooker) started punching my back + kidney area (5-8) times, then they stopped.

36. Then defendant (Oubre) started holding my head and left shoulder, while defendant (John Doe #1) was holding inmate right shoulder pinned on shower floor, as plaintiff already was handcuffed from behind, then defendant (Hooker) spreaded plaintiff cheeks, which pushed in plaintiff backside muscles, then (Hooker) touched plaintiff anus.

37. thus plaintiff feels cell entry defendants conduct has clearly been (detailed) shown to be motivated by some malicious or evil motive, intent, or surely enough involves an reckless or careless disregard to inmates rights or safety.

38. The cell entry team actions was no doubt unprovoked and unjustified, the physical Abuse was sufficiently severe on (10-6-10). And wasn't applied in a good faith effort to maintain or restore discipline, but to maliciously and sadistically for the very purpose of causing harm, humiliation, embarrassment, etc, and should of been properly investigated.

(L.S.—Left side)(R.S.—Right side)

39 Note: security has no right or Authority to conduct such an act on PLAINTIFF (thats sexual Assault-Battery) only Doctors can and thats if I Agree/give them my consent. otherwise I should have been placed on Dry cell. If they believe I had [something in me concerning this matter.

40 Defendant (Oubre) stated we should'of had him on his knees, well. After that defendant(s) (Oubre),(Hooker) And (John Doe#1) went back to beating me, for About (2-3) minutes this time was punches only maybe (5-8) times each from All (3) members, mainly to same body spots As mentioned for each Above, then they stopped. took off the handcuffs and Left the shower.

41 Next I was told to come to the Bars, hurting and in pain it took A little while. but I crawled to the Bars was given A Jumpsuit And helped up to put it on. I was restrained with shackles And taken out shower helped to And placed inside truck Layed on Backseat to be transferred to treatment center.

42 then the punching, beating and hitting with club or stick started Again for maybe (3-5) minutes then stopped. though my eyes was still closed. PLAINTIFF doesn't know if it was same (3) entry team members, As from start on some And other officer(s) getting in licks. still punches to my head And side on 'n off occurred, before we got to treatment center and I was helped to A room.

43 After A while I was seen by A female (Nurse/EMT), Asked if I'm hurting Anywhere, I. said in several places (head, neck, shoulder, Back + Ribs, etc) she looked At them (meaning felt/ touched some Areas) then brought me A cup of water And (2) Tylenol, After the Doctor came he felt/touched even less Areas. still I heard the Doctor say send him for (X-Rays). I wasn't really given Anything for pain or for cuts, bruises, Burns that day.

44 Also I'm not sure if it was before I was taken for X-Rays or After I came Back. But in that room my eyes was still close, And somebody had Bragged About he got to talk to Burl Cain About An nurse for opening/spreading PLAINTIFF cheeks or something. PLAINTIFF don't know if it was person who really did that Act or not,

45 then After seeing Social worker At treatment center, who I mentioned to About 45 minutes after getting gased for No Just cause (I yelled stop messing with my mind, where my social worker, call my social worker) she said Im Not putting you on watch. they got an social worker At (CAMP-C). I said thats the thing No body came see me there, if so this could or would have been Avoided. I didn't tell her About that Sexual Assault-Battery by entry team members.

46 from there PLAINTIFF WAS WAITING to be transferred to (CAMP-J) Note; PLAINTIFF eyes open About (2) Minutes before transportation truck Arrived, while we was waiting outside of treatment center. then being transferred in truck to (CAMP-J). PLAINTIFF only Noticed defendant (OUBRE), And AN (Skinny) white officer with a tag-team or shake down T-shirt on, And white Driver.

47 once inside (CAMP-J), defendant (OUBRE) stated he had to go do Disciplinary court. So Barefooted I was escorted by possible defendant (John Doe #1), Skinny officer And someone else to Char Unit 1½ side. PLAINTIFF was then placed in cell (1-R-#13).

48 Later About (2:30-3:30) PM, PLAINTIFF felt his Irritated head with his finger(s) And seen blood on them. After further checking it was found PLAINTIFF had A few Little cuts in his head, And Minor cuts/scrapes on his ears which had dried blood on them. So Next time the Sgt. hit check, I asked could I take An shower since my head was bleeding again Sgt. said No. So I didn't shower until on Night shift.

50 PLAINTIFF had'nt seen An Investigative officer or Anybody by (10-10-10) that Morning I Let Capt. Harris Know I give Major Trent An Notice of my complaint on (10-8-10), but haven't seen Anyone yet. I Ask him to Let one of his upper ranking officers Know About my complaint.

51 Later that Afternoon I was brought to the treatment center And Asked An couple of Questions by (EMT), then PLAINTIFF was put in room told to Bend over And spread your cheeks, EMT had Asked An Sgt. which, who worked the treatment center cell Block Bull pens to witness he didn't touch me.

52 that day I Never seen An Doctor or was given Anything for the pain or cuts, etc. head, Neck, Back, Ribs, side where I believe I'D been shocked resulting with Burn or cut to the flesh in Area At/Above stomach on right side, other on Left side by higher ribs wasnt As bad.

53 ON (10-13-10) At DisciPlinary hearing, After fabricated reports were read, I seeked AN Motion for Lie Detector test, it was denied. because one member said you gotta write Bunl cain for that. Another member said investigative services got to Approve that, Motion for investigation denied, Motion to call (Asst. Warden DeLaney) AS witness denied, Motion to dismiss denied. I was found guilty + sentence to (CAMP-J), 6-weeks lost of store, Medical cost.

54 ON Morning of (10-14-10) I talked to Col. Ducote, And Asked col. to call Investigative services About My sexual Assault-Battery complaint, etc. injuries, because I haven't been seen by AN Investigative officer yet. ON Afternoon of (10-14-10) I seen doctor At (CAMP-J) clinic, told of My pain + hurting problems, etc. couple days Later, got A triple Antibiotic ointment And Motrin.

55 Plaintiff has wrote in efforts of seeking possible Assistance for getting AN Lie Detector test And/or investigation from Bunl cain (10-7-10), (11-10-10), investigative services on (10-9-10), (10-18-10), (11-1-10), U.S. Senator Mary Landrieu (10-19&10), (10-28-10). F.B.I. (10-21-10), resent (11-17-10). Ms. Christine Noland, Magistrate Judge. (11-3-10).

56 Also Attorney General James D. "Buddy" Caldwell on (11-7-10). Still I haven't gotten A Lie Detector test, investigation, concerning my sexual Assault-Battery complaint. Nor have I been seen yet by AN investigative officer About interview on matter, And to take picture(s) of injuries, plus nobody ever responded back.

57 ON (11-4-10) I let Mental health Doctor know I was stress, down + depressed. because of incident by entry team on (10-6-10), ON (11-9-10) I let Mental health officer Dave know I'm stress, down And depressed, on (2-21-11) I let Mr. Dave know I'm down And emotionally distressed, same said to Mr. Dave on (2-24-11) After I signed A paper. due to situation that occurred on (10-6-10) from entry team messing over inmate for no Just cause. Also (10-24-10) filled sickcall form out to be referred to an Doctor head injury specialist.

## CLAIMS

### First Cause of Action

58 The Actions of defendant (DeLaney) stated in paragraphs (11 thru 25) violated Plaintiff rights of due process of Law in violation of the 8th and 14th Amendment to the U.S. Constitution.

## ELEVENTH CAUSE OF ACTION

78 The Actions of the defendants stated in paragraphs (28 thru 48) violated state law.

79 Plaintiff alleges that defendants (Oubre, John Doe #1, Hooker) violated state law of SEXUAL ASSAULT AND BATTERY and the regulations of Louisiana Department of corrections with respect to the lawful use of force when

A) he was punched in face, head, ear and side by (Oubre) and he was hit with club or stick on neck, shoulder, arm & ribs, and punched by other hand of (John Doe #1), and he was shocked with taser to the flesh, and punched in BACK, Kidney area. ALL while handcuffed from behind.

B) he was held down by (Oubre) and (John Doe #1) while already handcuffed from behind, when (Hooker) spreaded my cheeks and touched my ANUS. After that (Oubre, John Doe #1, Hooker) started punching INMATE MAINLY then they stopped.

## RELIEF

WHEREFORE, PLAINTIFF respectfully prays this HONORABLE court grant the following relief:

A. Issue a declaratory judgment that the acts and omissions describe herein violated plaintiffs rights under the U.S. CONSTITUTION and state LAW when they:

1.) used gas/chemical agent on the plaintiff without justification;

2.) punched, shocked, and hit plaintiff with club or billy stick w/out justification;

3.) holded plaintiff down while already handcuffed from behind and committed an act of SEXUAL ASSAULT-BATTERY.

B. Grant compensatory damages in the following amount:
1) $2500-$4500 against defendant (DeLaney);
2) $2500-$4500 against defendant (Sharp); and

(W/out—Without)

3) $2500 - $4500 AgAINst defendANt (Butler); and

4) $5000 - $8000 AgAINst defendANt (OuBre); and

5) $5000 - $10,000 AgAINst defendANt (Hooker); and

6) $5000 - $8000 AgAINst defendANt (John Doe#1).

C. GrANt punitive dAmAges of $5000 - $12,000 AgAINst each cell entry TeAM defendANts (1. OuBre, 2. Hooker, 3. John Doe#1); and

4) $3000 - $8000 AgAINst defendANt (DeLANey); and

5) $2500 - $8000 AgAINst defendANt (Sharp).

D. A Jury trIAL ON ALL Issues trIAble by Jury.

E. plAINtiff's costs IN this suit

F. ANy AdditioNAL reLief this court deems Just, proper, And equitAble.

DAted: 3-16-11

Respectfully submitted.

*David Williams*

DAVid WILLIAMS #333462
CAMP-J, GATOR 4-L-4
LA. stAte peNIteNtIAry
ANgoLA, LA. 70712

VERIFICATION

I hAve reAd the foregoINg complAINt And hereby verify thAt the mAtters ALLeged thereIN Are true to the Best of my uNderstANdINg, except As to mAtters ALLeged on INformAtion And beLief, And, As to those, I beLieve them to be true. I certify uNder peNALty of perjury thAt the foregoINg is true And correct.

DAte: 3-16-11

*David Williams*

DAVid WILLIAMS #333462

# SERVICE INFORMATION REQUIRED

The PLAINTIFF provides NAMes ANd Addresses for service beLow ON ALL NAMed defeNdANts.

TIM DELANEY, ASST. WARDEN
HWY 66
LA. STATE PENITENTIARY
ANGOLA, LA. 70712

TERRY SHARP, CAPTAIN
HWY 66
LA. STATE PENITENTIARY
ANGOLA, LA. 70712

CODY BUTLER, CAPTAIN
HWY 66
LA. STATE PENITENTIARY
ANGOLA, LA. 70712

CHAD OUBRE, LT. COL,
HWY 66
LA. STATE PENITENTIARY
ANGOLA, LA. 70712

JOSEPH HOOKER, MAJOR
HWY 66
LA. STATE PENITENTIARY
ANGOLA, LA. 70712

IN THE UNITED STATES
DISTRICT COURT FOR THE
_____

DAVID J. WILLIAMS
    PLAINTIFF
      V.

TIM DELANEY, ASST. WARDEN
TERRY SHARP, CAPTAIN
CODY BUTLER, CAPTAIN
CHAD OUBRE, LT. COL.
JOSEPH HOOKER, MAJOR
JOHN DOE #1, UNKNOWN
    DEFENDANTS

SUMMONS
CIVIL ACTION NO. _____

## SUMMONS

TO the Above-NAMed DefendANT: _____

    YOU Are hereby SUMMONED ANd required to serve UPON PLAINTIFF (DAVID J. WILLIAMS), whose Address is CAMP-J, GATOR 4-L-4, LA. State penitentiary, ANGOLA, LA. 70712, AN ANSWER to the COMPLAINT which Is herewith served upon YOU, within 20 days After service of this SUMMONS UPON you, exclusive of the day of service. if you fAiL to do so, Judgment by defAult will be tAken AgAinst you for the relief demANded iN the COMPLAINT.

CLerk of the court

[SEAL of the U.S. District court]

DAted _____

DAVID WILLIAMS #333468
CAMP-J, GATOR 4-L #4
LA. STATE PRISON
ANGOLA, LOUISIANA

SCREENED
OK
U.S. MARSHAL

CLERKS OFFICE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE-139
BATON ROUGE, LA. 70801-1712

MAR 18 2011





PRIORITY
MAIL
UNITED STATES POSTAL SERVICE ®
WWW.USPS.COM