11-165

## LIST OF EXHIBITS

The Attached documents, And other material herein you can refer to as "exhibits" in support of plaintiff's complaint.

FILED
U.S. DIST COURT
2011 MAR 23 AM 11: 20
BY DEPUTY CLERK

Exhibit-A
(ARP) 10-4-10, And Lost property response

Exhibit-B
Disciplinary Report, Medical cost/fees, etc.

Exhibit-c
Appeal from the Disciplinary Board
And its response(s)

Exhibit-D
Sickcall (Health care Request Forms)

Exhibit-E
(ARP) 10-14-10 And step responses

Exhibit-F
[Letters seeking Assistance]; Burl Cain, Investigative Services, U.S. Senator Mary Landrieu, F.B.I, Christine Noland-Magistrate Judge, Attorney General James D. "Buddy" Caldwell.

## ADMINISTRATIVE REMEDY PROCEDURE

This is AN Request for AN Administrative Remedy to be enacted by this INSTITUTION. So I come IN good Faith through this procedure / concerning; AN Matter of Retaliation Resulting from INMATE (DAVID WILLIAMS) being under his (Bed) Mattress, on (10-2-10) IN (2-A-10) since Breakfast time unresponsive, but breathing until EMTs + Security came in cell. A couple hours later to restrain INMATE, EMTs then transferred INMATE to Treatment Center [Note; cApt. Sharp made rounds that Morning Between that time the seconds, time clock cards, etc, should show he made No Attempt to check on INMATE problem when he passed down tier to try to see whats wrong or Notify AN Social worker/EMT, etc, of the situation.] though while under mattress INMATE was sleep/IN trance or something he still could hear something; still he was unable to respond. As mattress was taken from over INMATE he was restrained. As if INMATE was coming More. Men he yelled stop messing with my mind. then A minute later INMATE heard cApt. Sharp say Lets shakedown his property (EMTs had me on Strechter) AND I heard somebody pulled my Locker out And said its empty, thats when somebody said whats that on the floor, then someone said looks like piss, he pissed while under there. As EMTs was rolling me AWAY somebody said don't touch Nothing else until we get gloves. Note; My Locker Box was empty Because I had everything Already packed IN (2) Laundry Bags And tied with string to help Lesson the chances of stuff/property getting Misplaced or Lost.

INMATE returned to CAMP-C; Tiger 1+2 side on (10-3-10) was placed on (1-R-3), Later that evening INMATE was transferred to (1-L-5), property was brought Around (9:40 - 9:55) p.m. Lt; came down with paper for me to sign saying my Locker Box was here. I told him my property was IN (2) Laundry Bags. Lt; said it was place IN the Locker Box, then the Lt; said if I don't sign for it Now Nobody will bring it Back down, therefore, Before I signed I Let the Lt; know if something Missing I will give AN Notice to the Sgt. to give you [Note: An Investigation should show or just Ask cApt. Sharp that me and him had Minor Run ins where cApt. Sharp gas me down + things At (T.U.) IN 2007, had A Minor Argument About My RASTAFARIAN Diet IN March-April 2009 At (T.U.) from him claiming I don't get chicken + fish thats Meat. So if cApt. Sharp Mad from that or what Just happened on (10-2-10) thats on him yadah, ... But Messing with my property + things cause cApt. Sharp wants to Mess over me that WAY, Ain't gd get it.] When I finished going through stuff to see if everything there/straight and checking things to see if they

STILL Working on DAMAGEd. I Noticed (45-pages) of my Legal Work (police reports, etc) WAS Missing, Also you could clearly see several Legal MATERIAL WAS disturbed + IN disarray dealing with my crimiNAL case Well As civil Action,etc, stemming from incidents up here I went to the 19th JDC on federal court on. Also 3-Magazines, Blackmen 98X Buffie with (2) other magazines, 1-suave shampoo (used) 1-glue (used) 4-pen, 2-Laundry Bags. And my other tape cassette player that Ain't Working Now. I don't Know what was drop or slam on it stuff was torn up + flush down the toilet, or put Aside for or As trash. stuff came up missing, etc.

Further if Anything WAS confiscated that I couldn't have why wasn't I given An con-fiscation sheet copy or something. my property was searched No contraband was found, But my Legal material was handled BAd And Documents, etc, Are missing As An Act of that Retaliation, still if it helps I'll Be more than happer to take An Lie Detector test to All stated in this (ARP) only if capt shump And whoever else rank that WAS IN my cell with him be required or willing to take the test As Well, though it be Noted I Look forward to harrasment And some type of Retaliation from security long as I'm here once this (ARP) is filed, with that I thank you for your time + Assistance on this matter,

## Desired Relief

1.) that INMAte be immediately transferred And placed IN Another camp.

2.) After the investigation, etc, capt. shump be held to get INMAte tape cassette player fixed, held for cost of Magazines, cost to get those (45) missing pages. copied from home on Lawyer if they have 'em, 1-suave shampoo, 1-glue (+) pens, plus INMAte Be given 2-Laundry Bags As Well soon As possible,

3.) Also No Acts of Retaliation by (LSP) security, etc, for seeking this procedure in good faith,

DAVID WILLIAMS #333462
CAMP-C, TIGER 1-L #5
LA. STATE prison
ANGOLA, LA. 70712

FORM B

## LOST PERSONAL PROPERTY CLAIM RESPONSE

CLAIM #: LSP-2010-2971

DATE: 10/19/2010

TO: WILLIAMS, DAVID   333462
    Inmate Name   DOC#

CP C TIGER 1L
Housing

FROM:

Your request for replacement of your lost personal property has been reviewed with the below recommended actions:

X  **DENIED**

    Your records were reviewed and no proof of ownership is indicated.

    Unallowable item at this institution.

    Clothing/items improperly marked according to inmate posted policy.

    Item illegally obtained.

    Investigation reveals loss resulted from barter, gambling, or sale.

    Investigation has proved your claim invalid or unsubstantiated.

    Loss resulted from irresponsibility on your part to keep personal items secure in footlocker, cell, etc.

X     Other  In your letter of complaint dated October 5, 2010 your state that some of your property came up missing when you were transferred to the R.E. Barrow Treatment Center on October 2, 2010.  You also state that Captain Sharp destroyed your property as an act of retaliation.  Captain Sharp denies your allegations.  Captain Sharp stated that all procedures were followed, and two officers properly packed and placed a tamper proof seal with the number 48855 on the property.  Both officers signed the Personal Property Storage Documentation Form and it was placed in storage by a supervisor.  Institutional records reflect on October 3, 2010 the signature "David Williams" appears on the Personal Property Storage Documentation Form indicating you received your property.  There are no notations on the form indicating any discrepancies.  No evidence is found to support your claim.  Your property claim is denied.

## APPROVED

    You are being offered state issue items as replacement for the items reported missing.

    Monetary settlement in the amount of $  will be processed.

    Other

**BOBBY JINDAL**
Governor



**JAMES M. Le BLANC**
Secretary

# State of Louisiana
## Department of Public Safety and Corrections

## LOST PERSONAL PROPERTY CLAIM RESPONSE

| | |
|---|---|
| Property Claim #: | LSP-2010-2971 |
| Claimant: | WILLIAMS, DAVID   #333462 |
| Location: | LSP |
| Date of Loss: | 10/02/2010 |
| Wardens Decision & Date: | DENIED - 10/19/10 |
| Claim Decided: | JAN 3 1 2011 |
| DECISION OF THE SECRETARY: | 03-Payment denied |

Your request for administrative review of your lost property claim # LSP-2010-2971 has been received. Your allegations were investigated at the institutional level and they have provided copies of documents in support of their statements.

A review of institutional records revealed that your signature is affixed to the Personal Property Storage Documentation forms as receiving your property. There are no notations found on the forms to indicate that any of your property was damaged or missing upon receipt. You have failed to prove that a loss actually occurred or that staff was responsible for the alleged loss. As such, I concur with staff's findings on the matter.

Your lost property claim is DENIED.

James M. LeBlanc, Secretary
Public Safety and Corrections

Post Office Box 94304, Baton Rouge, Louisiana 70804-9304 • (225) 342-6649 • Fax (225) 342-3349
www.doc.la.gov
An Equal Opportunity Employer

R 9-25-09   Exhibt-B

Department Regulation NO. B-05-001
Department Regulation NO. B-05-003



# Louisiana State Penitentiary
## IMPOSITION OF RESTITUTION

| TO: | OFFENDER BANKING | | |
|---|---|---|---|
| FROM: | DISCISPLINARY OFFICE | | |
| DATE: | 11-15-10 | | |
| RE: | OFFENDER'S NAME: David Williams | DOC# 333402 | LOCATION Cuda 3/R |

The above offender was found guilty of a disciplinary violation through a formal

administrative hearing on ___10-13-10___ and, in accordance with Department Regulation

NO. B-05-003, the Disciplinary Board assessed restitution in the amount of

$ __55.00__ for __mental health, x-rays, meds,__ .
__& assessment & treatment__.

Please take the necessary steps to withdraw the stipulated amount from the offenders

account.

*Laney Foster, MSgt*

Laney Foster, MSgt.
DISCIPLINARY OFFICE

cc:   Offender Records
      Offender

REVISED

LOUISIANA STATE PENITENTIARY
## REQUEST FOR RESTITUTION

RECEIVED

OCT 14 2010

LSP
ASSISTANT WARDEN/MEDICAL

| INMATE'S NAME | DOC# | DATE OF HEARING: |
|---|---|---|
| David Williams | 333462 | 10-13-10 |

| REPORT DATE (S): | RULE NUMBER (S) |
|---|---|
| 10-6-10 | #3 #5 |

DISCIPLINARY BOARD CHAIRMAN:

Mat T Barton

INDIVIDUAL TO WHOM CASE IS TO BE REFERRED FOR DETERMINATION OF COST:

☑  ASSISTANT WARDEN/MEDICAL SERVICES

☑  BUSINESS OFFICE

☐  _____

| ITEMS FOR WHICH RESTITUTION IS IMPOSED | COST: |
|---|---|
| Chemical Agent 2 | 9.00 |
| All Medical | |
| Assessment & Treatment | 25.00 |
| X-Rays | 25.00 |
| Meds | 2.00 |
| Mental Health | 3.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| TOTAL COST TO BE CHARGED FOR RESTITUTION: | $ 55.00 |

| BY: | DATE: 10/18/10 |
|---|---|



LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Inmate David Williams | 2. Number 333462 | 3. Date of Incident 10-6-10 | 4. Time of Incident 7:25 Am |
|---|---|---|---|
| 5. Place of Incident Tiger 1/L | 6. Job Assignment (Inmate) EXT. | | 7. Housing Assignment (Inmate) Tiger 1/L |
| 8. Rule Violated Defiance | | 9. Rule Number #3 | |

10. Description of Incident (Include all relevant information - "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time, I Capt. Cody Butler tried to conduct a shakedown of Offender David Williams #333462. Offender Williams became very loud and started rocking down and cursing. I gave Offender Williams several Direct verbal orders to stop rocking down and cursing. Offender Williams refused all orders given and stated "you white Bitches back here gonna respect me or I'm gonna kill you motherfuckers." I then exited the tier and obtained a can of Saber Red Chemical Agent and returned to Offender Williams Cell. I then again gave Offender Williams several Direct verbal orders

11. Inmate Placed in Adm. Seg.    ☒ Yes    ☐ No

| 12. Signature of reporting employee | 13. Name, Title, Assignment (Print) Cody Butler, Captain, Camp C Cellblocks |
|---|---|
| 14. Date of Report 10-6-10 | 15. Time of Report 8:40 Am | 16. Report (copy) given to above inmate by: B | 17. Inmate's Signature: REFUSED TO SIGN CB |

| 18. Plea by Inmate: ✓ Not Guilty ☐ Guilty | 19. Verdict: ☐ Not Guilty ✓ Guilty |
|---|---|

20. Date of Hearing: 10-8-10  10-11-10  10-13-10

21. Counsel Substitute: DOC# 124957  Butler #124959

22. Motions: Defen 24 has for copies ___ Defen for another hearing ___ See motion sheet

23. Reasons for Disposition:
☑ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.
☐ The officer's version is determined to be more credible than the inmate's.    ☐ Pled guilty/accepted guilty plea.
☑ Only defense is denying contents of report.    ☐ The inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    ☐ Plea bargain.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☑ Seriousness of offense.    ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
A total of _____ rule violations since _____
☑ Other Custody Reports

25. Sentence: Cstrs Change to CAPT EXT 4D
Suspended ☐ _____ Days    Imposed ☑

26. Sentence: loss 6 wks canteen ot cell
Suspended ☐ _____ Days    Imposed ☑

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

LOUISIANA STATE PENITENTIARY
DISCIPLINARY REPORT

ADDITIONAL PAGE NO. 1

INMATE'S NAME: David Williams          NUMBER: 333462

DATE: 10-6-10          TIME: 7:35am

to Stop rocking down and Cursing. Offender Williams still refused all orders given and Stated "Do what you got to do Bitch. Fuck you! I was then forced to administer a one second burst into Offender Williams Cell to gain Compliance. Offender Williams Continues to rock Down and yell. I again gave Offender Williams Several Direct verbal orders to Stop rocking down and stop yelling. Offender Williams refused all orders given and Stated "You All a bunch of Weak ASS motherfuckers." I was then forced to administer another one second burst In to Offender Williams Cell to gain Compliance. Offender Williams Continues to refuse all my orders and Continues to rock down and yell. A/W Delaney and Major Gautier were then notified.

COPY GIVEN TO INMATE BY: _____          REPORTING OFFICER: _____

HR
Lock-up
#5

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
DISCIPLINARY REPORT

INSTITUTION: LSP

| 1. Name of Inmate David Williams | 2. Number 333462 | 3. Date of Incident 10-6-10 | 4. Time of Incident 7:30 AM |
|---|---|---|---|
| 5. Place of Incident Tiger VL | 6. Job Assignment (Inmate) EXT. | 7. Housing Assignment (Inmate) Tiger VL | |
| 8. Rule Violated Agg. Disobedience | | 9. Rule Number #5 | |

10. Description of Incident (Include all relevant information - "unusual inmate behavior, staff witnesses, physical evidence & disposition, immediate action including use of force"; use other side, if necessary)

On the above date and approximate time, I, Captain Cody Butler, gave Offender David Williams #333462 several Direct verbal orders to come to the bars to be restrained. Offender Williams was being placed in ADM/SEG for a previous rule violation and Chemical Agent had been used on offender Williams also. Offender Williams refused all orders given. A Cell Entry team was then called for Offender Williams.

11. Inmate Placed in Adm. Seg.    ☒ Yes    ☐ No

12. Signature of reporting employee

13. Name, Title, Assignment (Print) Cody Butler, Captain, Camp C Cellblocks

| 14. Date of Report 10-6-10 | 15. Time of Report 8:45 AM | 16. Report (copy) given to above inmate by: | 17. Inmate's Signature: REFUSED TO SIGN |
|---|---|---|---|

18. Plea by Inmate:    ☒ Not Guilty    ☐ Guilty        19. Verdict:    ☐ Not Guilty    ☒ Guilty

| 20. Date of Hearing: 10-8-10    10-13-10 | 21. Counsel Substitute: DOC# 114959  Butler #124959 |
|---|---|

22. Motions: Defer 24 hr for copies     See motions sheet

23. Reasons for Disposition:
☐ Report is clear and precise.    ☐ Lack of a credible defense/little or no defense.    ☐ Based on his statement.
☒ The officer's version is determined to be more credible than the inmate's.    ☐ Pled guilty/accepted guilty plea.
☒ Only defense is denying contents of report.    ☐ The inmate presented no evidence to refute the charges.
☐ The Investigative officer's testimony was deemed more truthful and accurate than the inmate's.    ☐ Plea bargain.
☐ The inmate's demeanor led the board to believe that the inmate's testimony was untrue.
☐ Other _____

24. Reasons for Sentence:
☒ Seriousness of offense.    ☐ The need to protect the institution, employees, or other.
☐ Poor Conduct record. A total of _____ rule violation(s). A total of _____ Schedule B violations since _____.
☐ A total of _____ # _____ rule violations since _____
☒ Other Continue Reclass

25. Sentence:    8 hrs change to Camp J SH 4    Suspended ☐    Days    Imposed ☒

26. Sentence:    Loss 6 wks canteen    Suspended ☐    Days    Imposed ☒

27. DISCIPLINARY BOARD:
Cost may be imposed for any property loss, damage, or medical expense occasioned through the fault of an inmate who in so causing the loss, damage, or medical expenses also is found guilty through the disciplinary process of violating one or more of the rules set out in the Disciplinary Rules and Procedures for Adult Inmates.

CHAIRMAN (DISCIPLINARY OFFICER)

MEMBER

Appeal from the Disciplinary Board
EXHIBIT-C

Appellant: DAVID WILLIAMS                         DATE OF REPORT: 10-6-10
ORIGINAL CHARGE: Defiance/Agg:Disobedience       DATE OF HEARING: 10-8-10/10-11-10/10-13-10
CHARGE FOUND GUILTY OF: _____                    LOCATION OF HEARING: CAMP-J, GAR 1+2 side
BOARD MEMBERS: MAJOR TRENT,(S.W.)                 SENTENCE IMPOSED: CAMP-J, 6-weeks
Mc.DAVE, MS. Dufour                               Lost of Store, Restitution for medical costs
COUNSEL: #124957                                  SENTENCE IMPOSED: (YES)        NO
                                                  PLEA:    GUILTY      (NOT GUILTY)

✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳✳

## ISSUES

1) APPELLANT WAS denied AN fair + PARTIAL hearing, by being denied AN Lie Detector test.

2) the Board erred in denying Appellant, Motion to CALL WITNESS'es thus denying him due process.

3) the Board denied Appellant of due process by denying him AN INVESTIGATION.

Note:(10-11-10) MAJOR CHAD(S.W),Mr.DAVE, C.O. CAVILER,MS,Dufour WAS in court, ON(10-13-10)Members WAS MAJOR TRENT,(S.W),Mr.DAVE, MS,Dufour. See hearing tapes,

## Argument

I. APPELLANT WAS denied AN (Lie Detector test),And the BOARDS chairMAN reason for deNIAL WAS you HAVE to write Burl CAIN for that, Another member said INvestigative services HAS to Approve that, the BOARD I doubt called WARDEN Burl CAIN or INvestigative services to inquire About Appellant request of Lie Detector Test, AS it Being "denied or granted", because Note: INMATE told Board he wrote WARDEN Burl CAIN ON (10-7-10),AND Investigative Services ON(10-7-10), Seeking Assistance for AN Lie Detector test, there by the BOARD FAILURE, to Look into MATTER, resulted IN Appellant being denied AN fair AND pARTIAL hearing.

II. the BOARD erred IN denying Appellant Motion to CALL WITNess (Asst. WARDEN DeLANEY)Note: Appellant should (Asst.WARDEN) could be called And Asked, did Appellant (DAVID WILLIAMS #333462) Bring to your Attention on MORNING

of (10-6-10), AN MATTER OF AN (ARP) dATes (10-4-10) AS AN Act of RetALIATION, ANd LOST property CLAIM (10-5-10) that WAS MAiled. Which INFORMATION would hAVE Supported his DeFense ANd exposed those FALSIFIed disciplinARY reports AS Acts of RetALIATION, etc. from AppellANt bringing CONStituTionALLY protected ActiVities, Such AS filing grie- VANces ANd/or criticizing Some prison officiALS About that MATter. But Never cursing ANYONE. So deNYING INMATE that right deprived him of due process.

III. the BoARd denied AppellANt due process from its FAILure to conduct A INVes- tigATion INto the mATter of AppellANt bringing to the DisciplinARY BoARds ATTention that security version of INcident from (10-6-10) is MAiNly ALL FALSIFIed, AS AN Act of RetALIATION from the wAY AppellANt Expressed his point to Security concerning (ARP) ANd missing property. the wAY AppellANt tALked wASN't Liked. further AN INVestigATION would hAVE ShowN AppellANt wrote WARDEN BURL CAIN (10-7-10), ANd INVestigATIVE BerViceS (10-7-10) Seeking AssIstANce from Both for AN Lie detector test, ANd from (I.S.) only AN INVestigATION concerning INcidents ON (10-6-10) A deNIAL of Such deprived AppellANt of due process.

## DESIRED Relief

1.) that AppellANt be giVeN AN NeW heAring, ONLY if (Lie Detector test) is grANted.

2.) that write ups/reports Be DISMissed ANd expunged from his records.

3.) that AppellANt be IMMediATely sent to MAIN prison (T.U), CAMP-D, Note Nowhere At CAMP-C.

4.) ALSo with No Acts of RetALIATION by Security, etc.

DATE OF APPEAL: 10-20-10
SUBMITTED BY: David Williams
NUMBER: 333462
LOCATION: (CAMP-S) Cuda 3-R#4

# LOUISIANA STATE PENITENTIARY
## ANGOLA, LOUISIANA

## APPEAL DECISION

## DISCIPLINARY BOARD APPEAL NUMBER:

### LSP-2010-0525-W

| | | |
|---|---|---|
| OFFENDER'S NAME: | DAVID WILLIAMS | 333462 |
| HOUSING ASSIGNMENT: | J CUDA 3/R | |
| DATE OF HEARING: | 10/13/2010 | |
| DATE OF REPORT: | 10/06/2010 | |
| ORIGINAL CHARGE: | RULE #3, DEFIANCE; RULE #5, AGGRAVATED DISOBEDIENCE (2 REPORTS) | |
| PLEA: | NOT GUILTY | |
| CHARGE FOUND GUILTY OF: | RULE #3, DEFIANCE; RULE #5, AGGRAVATED DISOBEDIENCE (2 REPORTS) | |
| SENTENCE: | CUSTODY CHANGE TO EXTENDED LOCKDOWN (CAMP J MANAGEMENT PROGRAM); 6 WEEKS LOSS OF CANTEEN (REPORTS COMBINED FOR SENTENCING) | |
| IMPOSED OR SUSPENDED: | IMPOSED | |
| RESTITUTION: | $2.00 CHEMICAL AGENT— Medical costs | |
| DATE OF APPEAL DECISION: | 11-1-10 | |
| DECISION: | DENIED | |

Appellant argues on appeal that he was denied a fair and impartial hearing when the Board denied is motion for a polygraph examination, he was denied the right to call witnesses, the reports was issued in retaliation for filing an ARP and he was denied the right to an investigation.

The arguments raised by Appellant are without merit. A review of the digital audio recording does not support Appellant's claim that he was denied a fair and impartial hearing. The Disciplinary Board has the discretion to grant or deny any motions presented during the course of the hearing. The record reflects that the Board ruled on the motions presented and provided appropriate reasons for the ruling. There is nothing to indicate that the Board abused its' discretionary authority in this case. Appellant has provided no evidence to refute the charges against him or to support his claim that the reports were issued in a retaliatory manner. The Disciplinary Board found the reports to be clear and precise and the reporting employees' eyewitness account of the incident provides sufficient evidence to warrant the guilty verdict. The Disciplinary Board decision is deemed appropriate as to the finding of guilt and the sentence imposed.

The issues raised by Appellant in this matter have been reviewed. Appellant was provided a due process hearing by the Disciplinary Board. The decision of the Disciplinary Board is deemed appropriate. Appellant has presented nothing which would justify reversal or modification of the decision rendered through the disciplinary proceedings.

The appeal is denied.


Burl Cain
Warden

BC: mrp

---

**INSTRUCTIONS TO OFFENDER:** If you are dissatisfied with this decision, you may appeal the decision to the Secretary of Corrections in accordance with the procedures defined in DISCIPLINARY RULES AND PROCEDURES FOR ADULT OFFENDERS. The Secretary will only consider appeals from decisions, which resulted in the imposed or suspended sentences of one or more of the following penalties: 1) Disciplinary Detention; 2) Loss of Good Time; 3) Custody Change from Minimum to Medium only if it involves transfer to another institution; 4) Custody Change to Maximum Custody; or 5) Failure to Earn Incentive Wages.

**If you wish to appeal this decision to the Secretary, indicate your desire to appeal on the line below, date and sign the document and return the yellow copy to the DISCIPLINARY APPEALS OFFICE within five (5) days of receipt of this decision.**

☐      I am not satisfied with this decision and wish to appeal to the Secretary.

DATE: 11-4-10                    OFFENDER'S SIGNATURE: David Williams

---

1

BOBBY JINDAL
Governor



JAMES M. Le BL/
Secretary

## State of Louisiana
### Department of Public Safety and Corrections

## <u>DISCIPLINARY BOARD APPEAL</u>

**Appeal Number:**              LSP-2010-0525

**Inmate's Name:**              DAVID WILLIAMS, #333462

**Inmate's Counsel:**           Butler

**Board Chairman:**             Barton

**Rule Violation:**             10/06/10

**Disciplinary Board Action:**  10/13/10

**Appeal Decided:**             DEC 2 8 2010

**Decision of the Secretary:**  01-DENIED        **Institution:** LSP

The offender was convicted of violating Rules #3 and Rule #5 (Defiance and Aggravated Disobedience) on two report, resulting in a combined sentence of custody change to Extended Lockdown/Camp J and loss of 6 weeks canteen privileges (imposed). The Board also ordered the offender to pay $2.00 restitution (chemical agent) and $55.00 (medical).

On appeal, the offender alleges that he was denied a fair and impartial trial.

We have considered the appellant's arguments and the decision rendered by the Warden. Upon review, we find the disciplinary report to be clear, concise and to provide convincing evidence of the violation charged. The officer's account of the incident provides sufficient evidence for the finding of guilt. The offender was provided with a full hearing and was afforded due process in both the hearing and the sentencing phases of the proceeding. Based on the seriousness of the offense and the need to protect the institution, employees or others, the sanctions imposed were appropriate. For the forgoing reasons, we agree with the decision of the Disciplinary Board and the Warden.

Appeal is Denied.

*Linda Ramous*
James M. LeBlanc, Secretary
Public Safety and Corrections

**Form HC-01-A**  Exhibit-D    015904
**14 September 2009**    **Health Care Request Form**    Institution_____ LSP

DAVID WILLIAMS    333462    38    GAR 1-R-13    _____

| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I Need to
See A Doctor I Immediately to get Check and d get Something for the PAIN. I'M hunting
Badly with HeadAches + Dizziness, Neck + Back PAIN Shoulder Arm And Ribs. Plus at times
when I move or just talking sometimes I faint coughing And feel An Sharp hurting
PAIN in the lower back of my chest As I feel to sleep last night I coughing. shooup hurting AT times
I feel PAIN in my chest when ___

**Healthcare Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____    **Total #:** _____

Screener's Signature:

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ ____Ø____  Total: $ __3__

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

David Williams    333462    _____    _____

| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**          Institution ___LSP___

David Williams  333462    38    GAR-1R-13         L/D

| Name | DOC # | Age | Housing | Job Assignment |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:**

Need to see Doctor to get check and something for pain. I am having headaches & dizziness, my back, neck, ribs & side is still hurting. Also I can get something (A-D)ointment for the cuts, scrapes etc. Any irritated skin.

**Healthcare Personnel Screening:** Date: _10/14/10_ Time: _0526_ Location Seen: _Gar_

(Circle One):   Emergency / **Routine Sick Call** / Work Related

**New Medications Ordered:**

_____

_____

_____

_____ **Total #:** _____

Screener's Signature: _H. James Surratt_

☐ No Fees  ☑ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _2.00_  Total: $ _5.00_

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

_David Williams_            _333462_        _10/14/10_

| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                    **Health Care Request Form**        Institution _____LSP_____

David Williams    333462    38    Cuda 3-R-#4    _____
Name                         DOC #           Age         Housing              Job Assignment

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** I'm steady having headaches + Dizziness, mild fainting spells, And my moving reflexes seem to be slower, so I would like to be referred to An Doctor, head injury specialist as soon as possible thank you.

**Healthcare Personnel Screening:** Date: 10·24·10  Time: 5:36  Location Seen: Cuda

(Circle One):  Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____/_____/_____
_____/_____/_____
_____/_____
_____  Total #: _____

Screener's Signature: Dr William Mealy

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ _____  Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

David Williams    333462    10-24-10    Dr William Mealy
Offender Signature        DOC #        Date        Witness Signature

Original - Offender's Medical Record    Yellow - Business Office    Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**                 Health Care Request Form          Institution ___LSP___

| Name | DOC # | Age | Housing | Job Assignment |
|------|-------|-----|---------|----------------|
| DAVID WILLIAMS | 333462 | 39 | GAtor 4-L-4 | |

**OFFENDER COMPLETE THIS SECTION ONLY -- COMPLAINT AND/OR REQUEST:** Need to see AN Doctor As soon As possible becAuse I'm having AN steady increse of head aches Dizziness, just had them fainting spells stArted back yesterday eveNing, head pAiNs coN-tinues could be sumething CONCUSSion etc Since I been seeking to see AN head iNjury specialist this mAtter Needs to be checked iNto immediately.

**Healthcare Personnel Screening:** Date: _____ Time: _____ Location Seen: _____

(Circle One):   Emergency / Routine Sick Call / Work Related

**New Medications Ordered:**

_____

_____

_____

_____   **Total #:** _____

**Screener's Signature:** _____

☐ No Fees  ☐ $3 Access Fee  ☐ $6.00 Access Fee  ☐ $2 for Each Prescription Fee: $ ____∅____  Total: $ ___3ºº___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine request for health care services, $6.00 for emergency request and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation.  I am aware that if I declare myself a medical emergency and the health care staff finds that and emergency does not exist, I may be given a disciplinary report for malingering.

| David Williams | 333462 | 2/10/11 | _____ |
|----------------|--------|---------|------------------|
| Offender Signature | DOC # | Date | Witness Signature |

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

# ADMINISTRATIVE REMEDY PROCEDURE

This is An request for A IMMEDIATE Administrative remedy to be enacted by this INSTITUTION. So I come in good faith through this procedure. On (10-6-10) INMATE be-came An victim of (SEXUAL) HARRASHMENT, excessive force, SEXUAL ASSULT-BATTERY. AS AN Act of RETALIATION from the WAY INMATE expressed his point concerning AN (ARP) dated (10-4-10), And Lost property CLAIM dated (10-5-10) to Asst. WARDEN DeLANey. AS follows:

On the morning of (10-6-10) AS WARDEN with (7) More RANKING officers who WAS ON tier came from the clock See (LogBook+clock card for times+Signatures) don't KNOW if ALL the RANK Signed card or LogBook. But I said excuse me WARDEN AS he WAS WALKING tier by my cell [Could I TALK to you About A MATTER that happen to my property being messed over, stuff missing + DAMAGed. I Let WARDEN KNOW I dropped (ARP) on Act of RETALIATION And Lost property CLAIM IN MAILBOX ALReAdy. then I ASK once the INVEST-igATION is Assigned to someone, hopefully it be FAIR, And Not Just trying to help AN fellow Security officer Around AN Sorry Act. then AS I Mentioned CAPT. ShArp NAME, the WARDEN said there he go, My eyes kind of BAd, So I Must of Missed him IN that crowd, So I ASK CAPT. ShArp WHY I Inquire WHY you Messed over my property he SAid Something I couldN't ReAlly heAR clEAR, I Said if Sorry Security don't be trying to MessOver INMATES MY stuff wouldN't of come up Missing. (Note, I didN't curse ANyone) Someone SAid Something, Next I Said that WHAT I WAS trying to explAIN the situation. then the WARDEN Said you Need to tAlk better than that. Next the WARDEN Said to pAck MY stuff up.] I turned And STARted getting things to pAck then the WARDEN Said come to the BARS And Strip down AS I STARted taking off MY clothes I reAched them to him UNTIL I WAS NAKED. Next the WARDEN SAid open your Mouth, rAise up your ARMS, pick up your feet, rAise up your NUts, turn Around BendOver And Spread your cheeks, I complied with ALL orders, But the WARDEN SAid BendOver ANd Spread your cheeks, I did it AgAIN, the WARDEN SAid Bend And Spread your cheeks, I complied, over + over then I stated thats (4 or 5) times I Bent over IN Spread My cheeks. then the WARDEN SAid come to the BARS, As I did, he stAted you dont WANt to SpreAd your cheeks, Before I could respond I did that every time, CAPT. ShArp or Somebody cAme Quick from the Side SprAying AN couple shots of gAs IN MY eyes, Mouth, A couple MiNUtes After being gassed by Security [I yelled Stop Messing with My Mind, where My SociAl worker, CALL MY SociAl worker) [Note: if Security refused/fAiled to Notify/CALL the SociAl worker or SociAl worker WAS CALled And didN't respond (where the INjuries I LAter suffered) from fArther use of excessive force, SexUAL AssUlt-BAttery, Between the tag-teAM ArriVAL + depArtUre. could of been Avoided. See (LogBook for times]]

After 5-Minutes or More LAter, somebody came to My cell stAting come to the BARS, I couldN't See who My eyes And fAce both WAS IrritAted And BurNing. So I used My hANds to WAlk the WALL to the BARS, then Someone SAid Lets try this AgAIN BendOver And spread your cheeks, I complied with the order. Both times. Next whoever it WAS told Somebody to CALL the tag-teAM [Therefore they tried that dry case of repeAt orders to BendOver+SpreAd your cheeks, which I complied to every time. Since they Seen No other WAY for they Act of RetAliAtion, HArrashment, etc. to get Me out there, So they CAN get Me gAssed down, Jumped on And done BodiLy hArm]

When tag-teAM cAme I WAS Still NAKed LEANing on the BARS with My ARM A Little out the tray hAtch. My eyes WAS closed And Still BurNing + IrritAted, Somebody SAid get on the floor, IN SpreAd your ARMS out, I complied. I heArd the cell door open AN Shield pressed My BAck AS I WAS hANdcuffed from Behind then the tag-teAM STArted, puNching Me, BeAting + hitting Me with A club on Billy Stick, yelling Stop resisting then they STArted Shocking Me on MY rightSide + BAck AS others continued to BEAt on Me, etc. thAt went on for About (10-15) MiNUtes, A couple of hundred Blows WAS INflicted. then I WAS drAgged to And plAced into

the shower, the handcuffs was taken off they stepped out of the shower and the door close. I was told to come to the Bars, As I struggled there I heard one of that team say he got something) So I was told to Bendover and spread my cheeks, I complied both times, As Best I can since I was in pain and hurting, then one of the tag-team said we gotta go Back in there, (Note: All this time my eyes was still closed), So I heard the door open and I was hit maybe with an shield & knocked off my feet jumped on and restrained with handcuffs behind my Back, once again I was being punched in the face, head, ears, Ribs, Back & Side, poked in Both Sides of my neck with something, shocked with taser, being hit with Billy Stick or club on legs, arms. they stopped After (5-8) minutes, I believe (2) Tag-Team Members was holding my head and shoulder on shower floor, As I'm Already handcuffed from behind, Another member spreaded my cheeks and messed with my Backside and touched my anus, I guess trying to conduct his own version of a cavity check. [Note: Security has no right or Authority to conduct Such an Act on inmate (that's Sexual Assault - Battery) only Doctors can and that's if I agree/give them my consent. otherwise I should have been placed on dry cell. If they believe I had something in me concerning this matter.] Well After messing with my Backside the tag-team went Back to Beating me for About (2-3) minutes then stopped and took off the handcuffs and left the shower. Next I was told to come to the Bars, hurting + In Pain it took a little while, But I crawled to the Bars was given a Jumpsuit and helped up to put it on, I was restrained with Shackles and taken out Shower helped to and placed inside truck Layed on Backseat to be transferred to treatment center, then the punching, Beating and hitting with club or Stick Stated Again for minutes then stopped. Still punches to my head & Side on & off occurred. before we got to treatment center, they helped me to a room After A while I was Seen by A female, Asked if I'm hurting Anywhere. I said in Several places she looked at them And brought me A cup of water + (2) Tylenol. Later the doctor came look and then I was Sent for X-Rays, Also I'm not Sure if it was before I was taken for X-Rays or After I came Back. but in that room my eyes was still close, And Somebody had bragged About he got to talk to Burl Cain About Aw Tchise for opening inmate cheeks or something, then After Seeing Social worker who I mentioned to About [ ] minutes After getting placed for no just cause (I yelled stop messing with my mind, where my Social worker call my Social worker.) But I didn't tell her About the Sexual Assault - Battery with tag-team members Around. though I told her that if they thought I had something in me I should of been restrained in brought to treatment center or placed on dry cell. then mainl.) She kept saying I got to do what security say, either she said they got an Social worker At (Camp C). I said that's the thing nobody came see me there. She said I'm not putting you on watch.] then I was transferred to (Camp-J) when that truck returned, without no farther problems. So I hope I'm given an Lie Detector test + proper investigation on this matter. Because this opens the door from where Security May try Acts to Attempt or kill inmate in future. (Note: I wrote WARDEN BURL CAIN on (10-7-10) Seeking Assistance in getting an Lie Detector Test taken, I wrote Investigative Services Late (10-8-10) As well, for Assistance to get an Lie, Detector test on this matter, with an immediate investigation to be conducted. At the Finishing of this (ARP) early (10-14-10) inmate hasn't gotten an response to Burl Cain or investigative Services "denying or granting" request of an Lie Detector test.) plus I haven't been Seen by An Investigative Services officer About the Sexual Assault - Battery complaint yet this morning of (10-14-10). With that I thank you for your time + Assistance,

## Desired Relief

1) that the Administration of this Institute grant Inmate An Lie Detector test And conduct An proper Investigation into Matter.

2) Inmate be given the full Names + Rank, of Asst. Warden And All (7) other Ranking Security officers that was on Tier on (10-6-10) before Inmate was gassed, plus full Names + Rank of All Tag-Team members that came on (10-6-10), Also the full Name of Sgt. Woods who was Assigned to working that 1-Left Tier.

3) this Institute forward Inmate An Xerox copy each of the Log Book page(s), And Time clock card, for All times + Signatures of who made Rounds, etc. on (10-6-10) between (6:30 AM - 11:30 AM).

4) Inmate seeks punitive/comp., etc. Damages.

5) this Institute forward Inmate An copy of All the guidelines, procedures, Rules, etc. that the Tag-Team suppose to follow doing An cell Entry, etc.

6) that Inmate be forwarded An true + full copy of the Tag-Team report of Incident from (10-6-10).

7) that No Acts of Retaliation by Security for seeking this procedure, in good Faith.


David Williams

David Williams #333462
Camp-J, GAR 1-R-13
LA. state prison
Angola, LA. 70712

CASE NUMBER: LSP-2010-3001

FIRST STEP RESPONSE FORM (FIRST STEP RESPONDENT)

TO: WILLIAMS, DAVID 333462                J CUDA 3/R
                                          Living Quarters

Response to request dated 10/14/2010, received in this office on 10/15/2010

In your letter of complaint dated October 14, 2010, while housed at Camp C, you state that on October 6, 2010 you were physically abused. You further state that excessive force was used. Institutional records reflect that on October 6, 2010 you were issued a disciplinary report for aggravated disobedience and defiance. Institutional records reflect you appeared before the Disciplinary Board on October 13, 2010, you were found guilty and sentenced accordingly. On October 6, 2010 at approximately 7:25 AM Captain Butler tried to conduct a shakedown of your cell and you started causing a disturbance. Captain Butler gave you several orders to stop and you refused. Captain Butler left the tier to retrieve a can of Sabre Red and once he returned he gave you several more direct orders to stop yelling and cursing, and again you refused all orders given. Captain Butler administered a one second burst of Sabre Red and you still did not comply with Captain Butler's orders. Several direct verbal orders were given to you to come to the bars and be restrained and you once again refused all given orders. Captain Butler administered a second one second burst of Sabre Red to gain compliance and you still continued to refuse all orders.

 A cell extraction team was called. Institutional records reflect the cell extraction team arrived on your unit at approximately 8:20 AM. Major Hooker gave you several direct verbal orders to come to the bars to be restrained and you again refused. The electronic shield was arced in front of your cell and you were again given several direct verbal orders to come to the bars to restrained and you refused again. Major Hooker ordered the cell door opened and the cell extraction team entered the cell and you were very combative. The cell extraction team pinned you to the floor and placed restraints on you. You were given a shower, issued a new jumpsuit and escorted to the Treatment Center for evaluation. Institutional records reflect you were seen by medical personnel at 8:50 AM.

This was done in accordance with Penitentiary Directive 09.002 Use of Force, which states in part: The force used shall be proportional to the threat to which it is a response and shall cease when the resistance ceases. The only force used was that which was necessary to gain control of the situation. No evidence is found to support your allegations. Your request for Administrative Remedy is denied.

Prepared by: _____
                Tim Delaney/AWII/kdc

Approved by:_____
                Joe Lamartiniere/AWIII/tlb


_____          _____
            Date                              Unit Head

<u>Instructions to Inmate:</u>  If you are not satisfied with this response, you may go to Step Two by checking below and forwarding to the ARP Screening Officer in the manila envelope within 5 days of your receipt of this decision.

(✓)  I am not satisfied with this response and wish to proceed to Step Two.

Reason: SAME AS I STATED ON (ARP).

_____
12-2-10

Date

Inmate's Signature    DOC#

LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
CORRECTIONS SERVICES

CASE NUMBER: LSP-2010-3001

SECOND STEP RESPONSE FORM
(HEADQUARTERS)


TO: <u>WILLIAMS, DAVID   333462</u>                          <u>LSP</u>
      Inmate Name and Number                                      Living Unit



Response to Request Dated 12/02/10, Received in this Office on 12/07/10:

Your request for an Administrative review of ARP # LSP-2010-3001 has been received.  A qualified member of the Headquarters staff has reviewed your request in order to render a fair and impartial response.

All the pertinent documentation surrounding your request has been reviewed as well as officers statements, your medical report, the unusual occurrence report and a review of the Use of Force document.   We have determined that this response was clear and concise, and nothing we could add would make the response any clearer. Through your own actions, staff was forced to use only the amount of force necessary to bring you into compliance.

We can find no reason for further administrative review.

Your request for relief is denied


_____
                Date

_____
          Secretary's Signature or His Designee

10-7-10

Exhibit-F

Dear: Warden Cain, I am writing you for assistance in getting an Lie Detector Test taken concerning incidents on (10-6-10), as I was trying to explain some matters to Warden Delaney of the (ARP) dated (10-4-10), and lost property claim dated (10-5-10), etc. But it seems the way I talk wasn't liked. (though I never cursed anyone) and I followed all orders to bendover & spread my cheeks (4-5) times then the warden said come to the bars, as I did. he stated you don't want to bend and spread your cheeks, before I could respond I did that every time, capt, shawn or somebody came quick from the side spraying an couple shots of gas in my eyes, mouth. I'm not sure if they planned building that any case with the repeat orders of bendover & spread my cheeks which I did everytime. But they seen no other way for they act of retaliation, harrashment, etc. to provoke an way for gasing me down and causing me bodily harm. (which they managed, because I'm in pain and hurting badly this day) still 5-minutes or more later, somebody came to my cell stating come to the bars, I couldn't see who my eyes and face both was irritated and burning. so I used my hands to walk the wall to the bars, then someone said lets try this again bendover and spread your cheeks, I complied with the order both times. next whoever it was told somebody to call the tag-team see (log book for time) when tag-team came I was still naked leaning on the bars with my arm a little out the tray hatch. my eye was closed and still burning & irritated. somebody said get on the floor in spread your arms out, I complied. I heard the cell door open an shield pressed my back, as I was handcuffed from behind. then the tag-team started punching me, beating & hitting me with a club or billy stick, yelling stop resisting then they started shocking me on my right side & back as others continued to beat on me, etc. that went on for about (10-15) minutes a couple of hundred blows was inflicted, then I was dragged to and placed into the shower the handcuffs was taken off they stepped out of the shower and the door close. I was told to come to the bars, as I struggled there (I heard one of that team say he got something) so I was told to bendover and spread my cheeks I complied both times. as best I can. since I was in pain and hurting, then one of the tag-team we gotta go back in there (Note: All this time my eyes was closed) so I heard the door open and I was hit maybe with an shield & knocked off my feet jumped on and restrained with handcuffs behind my back once again I was being punched in the face, head, ears, ribs, back & side, poked in both sides of my neck with something, shocked with tasen, being hit with billy stick or club on legs, arms. they stopped after (5-6) minutes. I believe (2) tag-team members was holding my head and shoulder on shower floor as I'm handcuffed from behind. Another member spreaded my cheeks and messed with my backside and touch my anus, I guess trying to conduct his own version of a cavity check. [Note: security has no right or authority to conduct such an act

ON INMATE (THIS SEXUAL ASSULT-BATTERY) ONLY Doctors CAN AND thats if I Agree/give them MY CONSENT. Otherwise I should have been placed ON DRY CELL. If they believed I had something ON ME or IN ME concerning this MATTER] Well After messing with MY BACKSIDE the tag-team went back to Beating me, etc, for About (2-3) minutes then stopped. AND took off the handcuffs And left the shower. Next I WAS told to come to the BARS, hurting + IN PAIN it took A Lil while but I crawled to the BARS WAS given A jumpsuit AND helped up to put it ON. I WAS restrained with shackles And taken out shower; helped to IN placed INSIDE truck. Layed ON BACKSEAT to be transferred to treatment center. then the punching, Beating And hitting with club on stick started Again for MINUTES then stopped, And punches to my head + side off + ON before we got to treatment center. they helped me to A room After A while I WAS seen by A female Asked if I'm hurting Anywhere, I said in several places she looked At them And brought (2) Tylenol And A cup of water. Later the Doctor came look And then I WAS sent for X-RAYS. Also I'm not sure if it WAS before I WAS taken for X-RAYS or After I came back. but IN that room my eyes WAS still close, And somebody had bragged About he got to talk to Burl Cain About An noise for opening INMATE cheeks, or something. then After seeing social worker I WAS transferred to CAMP-J when that truck returned without No further problems. So I hope I'm given An Lie Detector test ON this MATTER. Because this opens the door from where security Acts MAY Any Attempts to kill INMATE IN future. With that I thank you for your time and Assistance.

DAVID WILLIAMS #333462
CAMP-J, GAR 1-R-13
LOUISIANA State Prison
ANGOLA, LA, 70712

DEAR; WARDEN CAIN, I AM WRITING YOU ONCE AGAIN for your ASSISTANCE IN getting AN Lie Detector Test TAKEN concerning INCIDENTS that occurried ON (10-6-10). Note; I wrote you WARDEN CAIN (10-7-10) seeking ASSISTANCE. Also, I wrote INVESTIGATIVE SERVICES (10-9-10)(10-18-10)(11-1-10) seeking ASSISTANCE in getting AN Lie Detector test TAKEN AND to conduct AN IMMEDIATE INVESTIGATION INTO INCIDENT(S) that happen ON (10-6-10). INCLUDING MY COMPLAINT of SEXUAL ASSULT-BATTERY, etc, committed by TAG-TEAM MEMBERS ON (10-6-10), which to this day (11-10-10) I have yet to be given AN Lie Detector test or seen by AN INVESTIGATIVE offteen concerning this MATTER, though I wrote AND sent some MATERIAL to the following; U.S. SENATOR MARY LANDRIEU, F.B.I., MS. CHRIS-TINE NOLAND, MAGISTRATE JUDGE (U.S. DISTRICT COURT), AND Attorney General JAMES D. "Buddy" CALDWELL for ASSISTANCE AS WELL. But the MATERIAL sent to the (F.B.I.) WAS sent/came BACK they moved No New given Address, will have to send AGAIN once I get current Address, therefore please take Note AND this is AN Notice I ASK for your ASSISTANCE for AN IMMEDIATE INVESTIGATION to be conducted concerning INCIDENT(S) from (10-6-10), AND to be given AN Lie Detector test AS Well, since you're the HEAD WARDEN, AND top Supervisor At ANGOLA, (L.S.P), thus from the Refusal of ASSISTANCE of such, so far this continues to make INMATE believe security, etc. is working together IN AN Attempt to help cover up some Acts committed by some of their fellow officers, AND to Avoid giving INMATE proper ASSISTANCE IN AN timely fashion, with that I thank you for your time AND hopefully future ASSISTANCE ON this MATTER,

DAVID WILLIAMS # 333462
CAMP-J, CUDA 3-R #4
LA. STATE PRISON
ANGOLA, LA. 70712

Dear; Investigative Services officer, I'm writing you for Assistance to Investigate into my complaint of sexual Assult-Battery, by Tag-Team Members. On (10-6-10), this part details An Little before the Beginning of Tag-Team involvement. A couple minutes After being gAsed by Security (I yelled stop messing with my mind, where my social worker, CALL my social worker). After 5-minutes or more LATer somebody came to my cell stating come to the BARs, I couldn't see who my eyes And face Both was Irritated And Burning. So I used my hands to WALK the WALL to the BARs, then someone said lets try this Again Bendover And SpreAd your cheeks, I complied with the order Both times. Next whoever it WAS told somebody to call the TAG-TEAM. See (Log Book for time) When Tag-Team came I WAS still naked leaning on the BARs with my Arm A little out the tray hatch. my eyes was closed And still Burning + Irritated. Somebody said get on the floor in spread your Arms out I complied. I heard the cell door open An shield pressed my BACK AS I WAS handcuffed from Behind, then the Tag-Team started punching me, Beating + hitting me with A club or Billy stick, yelling stop resisting then they started shocking me on my nightside + BACK AS others continued to BEAT on me, etc, that went on for About (10-15) minutes, A couple of hundred Blows WAS inflicted, then I WAS dragged to And placed into the shower the handcuffs WAS taken off they stepped out of the shower And the door close I WAS told to come to the BARs AS (I struggled there I heard one of that team say he got something) so I WAS told to Bendover And spread my cheeks, I complied both times AS Best I can, since I WAS in pAin And hurting, then one of the Tag-Team said we gotta go BACK in there (Note; ALL this time my eyes WAS still closed), so I heard the door open And I WAS hit maybe with An shield + Knocked off my feet jumped on And restrained with handcuffs behind my BACK. once Again I WAS being punched in the face, head, ears, Ribs, BACK + side, poked in Both sides of my neck with something, shocked with taser, being hit with Billy stick or club on Legs, Arms, they stopped After (5-6) minutes, I believe (2) Tag-Team members WAS holding my head And shoulder on shower floor AS I'm AlreAdy handcuffed from behind. Another member spreAded my cheeks And messed with my BACkside And touched my Anus, I guess trying to conduct his own version of A cAvity check, [Note: Security hAs no right or Authority to conduct such An Act on inmate (thAts sexuAl Assult-Battery) only Doctors can And thats if I Agree/give them my consent. Otherwise I should have been plAced on Dry cell. if they believe I hAd something in me con- cerning this mAtter.] Well After messing with my BACkside the tAg-teAm went BACK to BeAting me, etc, for About (2-3) minutes then stopped And took off the handcuffs And left the shower. Next I WAS told to come to the BARs, hurting + in pAin it took A little while, but I crAwled to the BARs WAS given A JumpsuIt And helped up to put it on. I WAS restrAined with shackles And taken out shower, helped to And placed inside truck LAyed on BACk seAt to be trAnsferred to treAtment center, then the punching Beating And hitting with club on stick stArted AgAin for minutes then stopped, still punches

ON +off occurred behind Aside before we got to treatment center, they helped me to A room After A while I WAS seen by A female, Asked if I'M hurting Anywhere, I said iN several places she Looked At them And brought me A cup of water + (2) tylenol, Later the Doctor came Look And then I WAS sent for X-rays, Also I'M Not sure if it WAS before I WAS taken for X-rays or After I came Back, but iN that room my eyes WAS still close, And somebody had bragged About he got to talk to Burl CAIN About AN raise for opening INMAte checks or something, then After seeing social worker, who I MentioNed to [Minutes After getting gased for No Just cause (I yelled stop messing with my mind, where my social worker, CALL my social worker) she said they got AN social worker At (CAMP-C) that's the thing No body came see me there, she said I'M not putting you oN watch, I didn't tell her About the sexual Assult-Battery with tag-team members Around, though I told her that if they thought I had something iN me, I should'of been restrained iN brought to treatment center or placed on dry cell, then mainly she kept saying I got to do what security say] After that I WAS transferred to (CAMP-J) without No farther problems, so I hope I'm given AN Lie Detector test concerning my version + they version on this matter, with AN Immediate Investigation being conducted, on the tag-team members from incident oN (10-6-10) be charged with sexual Assult-Battery oN INMAte As soon As possible. [Note; I give MAJOR, Trent AN Notice of my complaint of sexual Assult-Battery by tag-team members on (10-6-10), At court on (10-8-10) which I would Like Investigated.] With that I thank you for your time And Assistance,

* Therefore I Look forward to A Investigative officer coming to see me soon About my complaint, Also With No Acts of Retaliation by security.

David WILLIAMS #333462
CAMP-J, GAR 1-R-13
Louisiana state prison
Angola, LA. 70712

10-18-10

Dear: INVESTIGATIVE Services officer, I'AM writing your office once AGAIN for ASSISTANCE, because prior to this I wrote AN Letter dated (10-9-10) seeking ASSISTANCE to INVESTIGATE INTO MY COMPLAINT of SEXUAL ASSULT-BATTERY by TAG-TEAM. I ALSO hoped for ASSISTANCE to get AN Lie Detector test AS Well Which NONE It seems WAS Looked INTO or Assisted. I ASK COL. Ducote ON 'the MORNING of (10-14-10) to CALL INVESTIGATIVE Services About MY SEXUAL ASSULT-BATTERY COMPLAINT, etc. because I haven't been seen by AN INVESTIGATIVE officer yet, STILL to this dAY I haven't seen AN INVESTIGATIVE officer, that MAKES Me believe Security, etc, I's working together to Avoid giving INMATE proper ASSISTANCE IN AN timely FASHION. Like for AN INVESTIGATIVE officer conducting A proper INVESTIGATION; interviewing INMATE, etc. TAKING pictures of INMATES IN Juries (though I don't think ANything WAS Broken, INMATE hAd A couple of SMALL KNOTS, severAL Bruises, cuts or possible Burn marks from Shocking, MINor cuts, Scrapes) that should've been looked INTO photoed (4 to 6) dAYS LAter, if not earlier, before they somewhat/etc. heALed/healing At this point (10-18-10) But PAIN is still felt.

-that would've shown INMATE WAS A victim of excessive use of force by Security, (TAG-TEAM). thus AGAIN I seek ASSISTANCE for AN IMMEDIATE investigation into MY COMPLAINT of SEXUAL Assult-Battery by TAG-TEAM Members ON (10-6-10), I'ALSO be forwarded A copy of ALL reports from INVESTIGATION, INCLUDING (TAG-TEAM) report(s) of INCIDENT ON (10-6-10), PLUS request to take AN Lie Detector test AS soon As possible, with that I thank you for your time And hopefully future ASSISTANCE ON this MAtter,

DAvid WilLiAMS #333462
CAMP-J, Cuda, 3-R-#4
LA.StAte prison
Angola, LA.70712

11-1-10

Dear: Investigative Services, I'm writing your office once again for assistance. because before this letter I wrote twice (10-9-10) and (10-18-10) seeking assistance to investigate into my complaint of sexual assault-battery by tag-team on (10-6-10), I also hoped for assistance and requested to get an lie detector test as well. which now I still seek both, therefore let it be documented this (11-1-10) day I have yet to talk to or see an investigative officer concerning the matter, I'm wondering whats the problem. this continues to make me believe security is working together in an attempt to help cover up some acts committed by some of they fellow officers, and to avoid giving inmate proper assistance in an timely fashion. thus again I seek assistance for an immediate investigation into my complaint of sexual assault-battery by tag-team members on (10-6-10), I also seek a copy of all reports from investigation, including (tag-team) report(s) of incident on (10-6-10), plus request to take an lie detector test as soon as possible, with that I thank you for your time and hopefully future assistance on this matter.

David Williams #333462
Camp-J, cuda 3-R #4
La. state prison
Angola, LA, 70712

Dear: Senator Landrieu, I am writing you for immediate assistance if possible to call and write up here to Warden Burl Cain and investigative services about why I haven't been given an Lie Detector test and been seen by an investigative officer to look into, investigate this matter of my complaint of Sexual Assult-Battery, etc. by tag-team members on (10-6-10). Because to me this opens the door where security may/try acts to attempt or kill inmate in future. Note! I wrote Warden Burl Cain on (10-7-10) seeking assistance in getting an Lie Detector test taken, I wrote investigative services a letter dated (10-9-10) as well for assistance to investigate into my complaint. I also hoped that I would be given an Lie Detector test concerning my version + they version on this matter, with an immediate investigation being conducted. As of this day (10-19-10) inmate hasn't gotten an response to/from Burl Cain or investigative services "denying or granting" request of an Lie Detector test, nor have I been seen yet by an investigative officer about complaint.

see attached letter to Burl Cain, and investigative services. Also an (ARP) dated (10-14-10) if copies returned. Copy of disciplinary Reports, Note, I may not have received all documents.

On (10-8-10) I give Major Trent an notice of my complaint of Sexual Assult-Battery by tag-team members, because Major Chad was an member of that tag-team, he worked (10-6-10), that morning I let Capt. Harris know I give Major Trent an notice of my complaint on (10-8-10), but haven't seen anyone yet. I ask him to let one of his upper ranking officers know about my complaint. Later that afternoon I was brought to the treatment center and checked by (EMT) asked an couple of questions. Later I was put in room told to bend over and spread my cheeks, EMT had asked an Sgt. who work cell block Bull pens to witness he didn't touch me that day, I never seen an Doctor or was given anything for the pain or cuts, etc. (I don't think anything's broken, I'm just still hurting badly.) head, neck, back, ribs, side where I believe I'd been shocked resulting with Burn or cut to the flesh in area at/above stomach on right side, other on left side by higher ribs wasn't as bad.

On (10-13-10) at disciplinary hearing, after fabricated reports were read, I seeked an motion for Lie Detector test, it was denied, because one member said you gotta write Burl Cain for that. Another member said investigative services got to approve that. Motion for investigation denied, motion to call (Asst. Warden Delaney) as witness denied, motion to dismiss and expunge report, denied. Inmate was found guilty and sentence to Camp-J, 6-weeks Lost of store, Medical cost.

ON MORNING OF (10-14-10) I TALKED to COL. DUCOTE, AND ASK COL. to CALL INVESTIGATIVE SERVICES ABOUT MY SEXUAL ASSULT-BATTERY COMPLAINT, etc, INJURIES, BECAUSE I HAVE'NT been Seen by AN INVESTIGATIVE OFFICER yet. ON AFTERNOON OF (10-14-10) I Seen doctor At CAMP-5 clinic, told of My PAIN + hurting problem, etc. couple dAys Later, got triple ANtibiotic OINTMENT ANd Motrin.

Therefore, I hope your depARTMENT/OFFICE ENAble you to CALL ANd write up here to BURL CAIN, ANd INVESTIGATIVE SERVICES, without disrupting/or pulling you from other MATTERS At this time. BecAuse security MAKING It Look Like INMATE give them Just cAuse for them to gAs, Jump on him And do INMATE Bodily hARM, etc, from they fAlsified reports, AND Note: I still AIN't get AN copy of whAt the TAg-TEAM report of INCident from (10-6-10) stAted.

But it seemS I'm BeING deNIed AN Lie Detector test, And INVESTIGATION. So security CAN cover they trAcks on try, theres No telLing whAt might happen to, INMATE if security is Able/Allowed to get AwAy with Such Acts "Further INMATE would be IMMINENT dANger of Serious physicAL/inJury, or in dAnger for his Life continuously, At ANY time." If MATTER isn't properly INVEStigAted, resolved And Noted for future. With thAt I hope to heAr from you or SomeoNe Soon. thANK you for your time And AssistAnce.

*P.S. Also please Note I PLAN on writing others to Look Into, INVEStigAte this MAtter As well. MAY even write governor seeking AssistAnce down LINE. plus will forwAnd (ARP) copy dAted (10-14-10) when copies return.

DAVID WILLIAMS #333462
CAMP-5, cuda 3-R-#4
LA. StAte prison
ANgolA, LA. 70712

U.S. SENATOR
MARY LANDRIEU

10-20-10

Dear: Ms. MARY LANDRIEU, I'AM writing you for AssistANce. MAINly because I don't WANT to stress my Mother And have her worrying. About me under the CircumstANces these days. especiAlly since she up IN Age, etc. I AINt trying to bring Added pressure or stress her WAY. But this MAtter surely needs some outside AssistANce, Also please see Attached Letter And other MAteriAl. With that I thANk you for your time And hopefully future AssistANce. Sorry I misplAced or Lost the BAton Rouge Address.

* P.S. MAY you meNtioN to WARDEN BURL CAIN As well that As AN Act of RetAliAtioN security At (CAMP-C) Must of threw AwAy INmAte Slippers. Which wAs Missing from property hAd iN cell. received (10-16-10) Lost property clAIM wAs turned iN (10-18-10) but Note siNce (10-6-10) iNmAte hAs beeN bArefooted for showeR + things (treAtment center / CAMP cLiNic, CALLout).

DAVID WILLIAMS #333462
CAMP-J, cudA 3-R #4
L.A. STATE PRisoN
ANgolA LA. 70712

U.S, SENATOR
MARY LANDrieu

10-28-10

DeAr: SeNAtor LANDrieu, I'AM Writing you to see if you have received My Letter AND Attached MAterIAL. I turned IN oN (10-21-10) to classIfIcAtion officer to get MAiLed to you. But I WAS giveN AND used the wrong Number (328) HArt Building, though everything WAS correct besides that, there- fore I hope it WAS forwArded to your office from that MiX up of noomS. weIL it WAS About My complAINt of sexuAL Assult-BAttery, etc. ON (10-6-10) by TAg-TeAM. which security does Not WANt to INvestigAte it seemS, thAts why I'M seeking your AssistANce to CALL up here if possible while AS weLL, to WARDEN BURL CAIN AND to INvestigAtive Services to see why INcIdeNt oN (10-6-10) is Not Being properly INvestigAted, AND INMAte hAs yet to be SeeN by AN INVESTIgAtIve officer to this dAte (10-28-10), AND why INMAte (DAvId WILLIAMS #333482) hAs Not been giveN AN Lie Detector test yet concerNing incidents that happeN oN (10-6-10), with thAt I thANK you for your time AND AssistAnce.

DAvid WiLLiAMS #333462
CAMp-5, cuba 3-Right #4
LA. StAte pnison
ANgoLa, LA. 70712

10-21-10

Dear: Bureau of Investigations I'Am writing your department for Immediate Assistance if possible to Look Into, Investigate. this matter of my complaint of sexual Assult-Battery, etc. by Tag-Team members. Because to me this opens the door where Security may try Acts to Attempt or Kill Inmate In future. (Note: I wrote Warden, Burl Cain on (10-7-10) seeking Assistance In getting An Lie Detector test Taken. I wrote Investigative Services A Letter dated (10-9-10) As well, for Assistance to Investigate Into my complaint, I Also hoped that I would be given An Lie Detector test concerning my version + they version on this matter; with An Immediate Investigation being conducted. As of this day (10-21-10) Inmate hasn't gotten An response to/from Burl Cain or Investigative Services "denying or granting" request of An Lie Detector Test. plus I haven't been seen yet to this day (10-21-10) by An Investigative Service officer About complaint.

┌ See Attached Letters to Burl Cain, And Investigative Services, Also An written ┐
│ copy of (ARP) dated (10-14-10), And copy of Disciplinary Reports. Note: I may'nt have │
└ received All documents. ┘

On (10-8-10) I give Major Trent An Notice of my complaint of sexual Assult-Battery by Tag-Team members. because Major Chad was An member of that Tag-Team. he worked (10-6-10), And his shift was on (10-7-10), I hadn't seen An investigative officer or Anybody by (10-10-10) that morning I Let Capt. Harris know I give Major trent An Notice of my complaint on (10-8-10), but haven't seen Anyone yet. I Ask him to Let one of his upper ranking officers know About my complaint, Later that Afternoon I was brought to the Treatment Center And checked by (EMT) Asked An couple of Questions, Later I was put In room told to Bendover And spread my cheeks, EMT had Asked An Sgt. who work cell Block Bull-pens to witness he did'nt touch me, that day I Never seen An Doctor or was given Anything for the PAIN or cuts, etc. (I don't think Anythings Broken, I'm Just still hurting Badly.) head, Neck, Back, Ribs, side where I believe I'D been shocked resulting with Burn or cut to the flesh In Area At/Above stomach on right side, other on Left side by higher ribs was'nt As bAd,

On (10-13-10) At Disciplinary hearing, After fabricated reports where read. I seeked An Motion for Lie Detector test, it was denied. because one member said you gotta write Burl Cain for that. Another member said Investigative Services got to Approve that. Motion for Investigation denied, Motion to call (Asst, Warden Delaney) As witness denied, Motion to dismiss And expunge report, denied, Inmate was found guilty And sentence to Camp-J, 6-weeks Lost of store, Medical cost.

On morning of (10-14-10), I talked to Col. Dueste, And Asked Col. to call Investigative Services About my sexual Assult-Battery complaint, etc, Injuries, because I haven't been seen by An Investigative officer yet. on Afternoon of (10-14-10) I seen doctor At Camp-J Clinic, told of my PAIN + hurting problems, etc. couple days Later, got triple Antibiotic Ointment And motrin.

Therefore I hope your department CALL AND write up here to Burl CAIN, AND INVestigative services or even better conduct A INVestigation on this matter, because security MAKING it Look Like INMATE give them Just cause for them to gAS, Jump on him And do INMATE Bodily harm from, etc. from they FALSified reports, And Note. I STILL AINt get AN copy of what the Tag-TeAM report of INCIdent from (10-8-10) stated.

But it seems I'm being denied AN Lie Detector test, AND INVestigATion, So security CAN cover they tracks on try. Theres No telling whAt might happen to INMATE if Security is Able/Allowed to get AWAY with such Acts "further INMATE would be IN imminent danger of serious physical INJury, or IN danger for his Life continuously, At Any time." If matter isn't properly investigated, resolved And noted for future, with that I hope to hear from someone soon, thank you for your time + Assistance.

David williams
DAVid WILLIAMS # 333462
Cuda 3-R-#4 (CAMP-J)
LA. State prison
ANGOLA, LA. 70712

DAte: 11-3-10

CHRISTINE NOLAND, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
777 FLORIDA STREET, SUITE 139
BATON ROUGE, LA. 70801-1712

DEAR: JUDGE NOLAND, I'AM writing you for possible Assistance to the extent ONLY of CALLING or writing up here to WARDEN, BURL CAIN AND/or INVestigative services About why INMATE WASNt been given AN Lie Detector test And/or been seen by AN Investigative officer yet concerning Incidents on (10-6-10), to Look into this MAtter of my complAint of Sexual Assult-BAttery, etc. by TAg-teAm on (10-6-10). because I wrote BURL CAIN on (10-7-10), Investigative services on (10-9-10, 10-18-10, And 11-1-10) seeking Assistance in getting AN Lie Detector test tAken, INVestigAtion And seen by AN INVestigative officer which Neither has happen or INMAte has gotten.

further, INMAte hAs yet to receive AN copy of withdrAwAL form showing changes/costs for mAiling out pieces of (LegAl/IN digent MAil) that was given to the CLASSIFICATION officer (10-21-10) when INMAte sent Letters + MAterIAL out to U.S. SENAtor MARY LANDRIEU, And the FederAl BureAU of INVestigAtions for Assistance, AS Well. But I'M Not sure if they got thAt MAterIAL. thus this continues to MAke INMAte beLieve Security, etc. is working together IN AN Attempt to help cover up some Acts commmitted by some of they fellow officers, and to Avoid giving INMAte proper Assistance IN AN tinely fAshion. With thAt I thAnk you for your time And hopefully future Assistance ON this MAtter, ANY And ALL would be Appreciated.

THANK YOU,

sincerely,
David Williams

DAVID WILLIAMS #333462
CAMP-J, CUDA 3-Right #4
LA. StAte prison
ANGOLA, LA. 70712

11-7-10

Attorney General
James D. "Buddy" Caldwell

Dear; Mr. Caldwell, I am writting you for possible Assistance to the extent of you or someone you Assigned to call And/or write up here to Warden Burl Cain And Investigative Services About why I haven't been given An Lie Detector test And been seen by An Investigative officer yet to this date (11-7-10) to look into, Investigate this matter of my complaint of Sexual Assault-Battery, etc. by Tag-Team Members on (10-6-10). Because to me this opens the door where Security may try Acts to Attempt or kill Inmate in future. [Note; I wrote Warden, Burl Cain on (10-7-10), Investigative Services on (10-9-10) 10-18-10 And 11-1-10]. Seeking Assistance in getting An Lie Detector test taken, An Investigation And see by An Investigative officer, which Neither has happen or Inmate has gotten. Inmate has written U.S. Senator (10-19 & 0-10) Same (Legal/Indigent Mailing) And (10-28-10), And F.B.I (10-21-10)(Legal/Indigent Mailing), And Ms. Christine Noland, Magistrate Judge (U.S. District Court), But Inmate has yet to receive An copy of withdrawal form showing changes/costs for Mailing out pieces of (Legal/Indigent Mail) that was given to the Classification officer (10-21-10) when Inmate sent letters + Material out to U.S. Senator Mary Landrieu And F.B.I for Assistance As well. I'm Not sure if they got that Material. thus this continues to make Inmate believe Security, etc, is working together in An Attempt to help cover up some Acts Committed by some of their fellow officers, And to Avoid giving Inmate proper Assistance in An timely fashion. With that theres No telling what might happen to Inmate if security is Able/Allowed to get Away with such Acts "further Inmate would be in Imminent danger of serious/physical Injury, or In danger for his life At Any time". If Matter isn't properly Investigated, resolved And Noted for future. therefore find some of Material Attached And I hope to hear from someone soon. thank you for your time + Assistance.

David Williams
David Williams #383462
Camp-J, Cuda 3-R #4
L.A. State prison
Angola, LA. 70712





NOT CENSORED
Not Responsible For Contents
La. State Penitentiary

MAR 22 2011

LA. STATE PEN.
AN ALL MALE PENAL INSTITUTE

PRIORITY
MAIL
UNITED STATES POSTAL SERVICE®
www.usps.com