# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID J. WILLIAMS  #333462** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 11-0165-RET-CN** |
| **VERSUS** | | |
| | **:** | **JUDGE RALPH E. TYSON** |
| **TIM DELANEY, TERRY SHARP, CODY BUTLER, CHAD OUBRE, JOSEPH HOOKER AND JOHN DOE #1** | **:** | **MAGISTRATE JUDGE NOLAND** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### ANSWER AND DEFENSES OF DEFENDANTS
### TIM DELANEY, TERRY SHARP, CODY BUTLER,
### CHAD OUBRE, AND JOSEPH HOOKER

**NOW INTO COURT,** through undersigned counsel, come defendants Tim Delaney, Terry Sharp, Cody Butler, Chad Oubre, and Joseph Hooker[1], who, for answer to Plaintiff's original complaint and amended complaint, deny each and every allegation therein, except those that may be hereinafter specifically admitted.  Further answering, Defendants aver as follows:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendants are entitled to qualified immunity.  Defendants' conduct did not violate any of Plaintiff's clearly established constitutional or statutory rights of which a reasonable person would have known.  All actions taken by Defendants herein were taken in good faith according

---

[1] Plaintiff also filed suit against John Doe #1.  Service has not been perfected on John Doe #1 and no appearance is made by him at this time.

to law and without malice. Thus, if the defendants are found to have violated Plaintiff's civil rights, then they are entitled to qualified immunity.

## THIRD DEFENSE

The allegations of Plaintiff's complaint, even if true, are insufficient to entitle Plaintiff to some or all of the relief sought.

## FOURTH DEFENSE

In the alternative, if any defendant is found to have violated plaintiff's rights and is not entitled to the defense of qualified immunity, then plaintiff through intentional or negligent acts and failure to act as a reasonable person, contributed to the plaintiff's own injuries or damages. Plaintiff's conduct also constituted an assumption of the risk of being injured.

## FIFTH DEFENSE

Plaintiff is not entitled to monetary relief and plaintiff is therefore not entitled to attorney fees under 42 U.S.C. Section 1988.

**AND NOW, further answering the specific allegations of Plaintiff's Complaint, Defendants aver:**

1.

Plaintiff's allegations as alleged in his original complaint are denied.

2.

Plaintiff's allegations as alleged in his amended complaint are denied.

3.

Appearing defendants specifically deny any and all relief prayed for by the plaintiff.

4.

Defendants deny that Plaintiff's allegations regarding their conduct, even if true, demonstrate any deliberate or intentional conduct on the part of defendants that rises to the level of a constitutional violation.

5.

Defendants desire and are entitled to a trial by jury.

**WHEREFORE** Defendants Tim Delaney, Terry Sharp, Cody Butler, Chad Oubre, and Joseph Hooker pray that this answer be deemed good and sufficient and that, after due proceedings are had, including trial by jury, that judgment be rendered in their favor, dismissing Plaintiff's complaint at Plaintiff's cost.

Respectfully submitted,

**JAMES D. "BUDDY" CALDWELL**
**ATTORNEY GENERAL**

**BY**:    **/s/__Lee J. Ledet_____**
**PATRICIA H. WILTON (18049)**
**LEE J. LEDET (33237) (T.A.)**
**ASSISTANT ATTORNEYS GENERAL**
**DEPARTMENT OF JUSTICE**
**LITIGATION DIVISION**
1885 North Third Street, 4th Floor
Post Office Box 94005
Baton Rouge, Louisiana 70804-9005
Telephone:    225-326-6300
Facsimile:    225-326-6495

3

## *CERTIFICATE OF SERVICE*

**I CERTIFY** I have filed the foregoing **ANSWER AND DEFENSES** using the court's CM/ECF system, and that a copy of same has been served on the *pro se* plaintiff by depositing a copy in the U.S. Mail, properly addressed and with proper postage prepaid, at Baton Rouge, Louisiana, on this July 6, 2011.

David J. Williams
#333462
Louisiana State Penitentiary
Angola, LA  70712

/s/ Lee J. Ledet_____
    LEE J. LEDET

4