UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVID J. WILLIAMS (#333462)

VERSUS

TIM DELANEY, ET AL.

CIVIL ACTION

NO. 11-165-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Stephen C. Riedlinger dated February 5, 2013 (doc. no. 87) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiffs' Memorandum in Suppor of Cross Motions for Summary Judgment filed on behalf of defendants Asst. Warder Tim Delaney, Capt. Cody Butler, Sgt. Anthony Woods, Maj. Joseph Hooker, Maj. William "Trampus" Butler, Lt. James Savoy, Capt. Terry Sharp and Lt. Col. Chad Oubre (doc. no. 78), and the Motion for Partial Summary Judgment filed on behalf of defendant Capt. Mark Sharp (doc. no. 81) are DENIED and this matter is referred back to the magistrate judgment for further proceedings.

Baton Rouge, Louisiana, this 20th day of February, 2013.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE